**EXHIBIT C**

# BLUE SPIKE

## Ex. C, Infringement Chart for claim 35 of the '011 Patent

PANDORA

BLUE SPIKE

# PATENT DETAILS

| U.S. Patent No. 8,538,011 | Systems, methods and devices for trusted transactions |
| --- | --- |

**ISSUE DATE :**

September 17, 2013

**FILING DATE :**

December 7, 1999

**INVENTOR :**

Scott A. Moskowitz

ABSTRACT:

The invention discloses a system for enhancing trust in transactions, most particularly in remote transactions between a plurality of transactional parties, for instance a seller and buyer(s) of goods and/or services over a public computer network such as the internet. Trust is disclosed to be a multivalent commodity, in that the trust that is to be enhanced relates to information about the subject matter of the transactions (e.g., the suitability of the goods and services sold), the bona fides of the supplier of the goods and services, the appropriateness of a pricing structure for a particular transaction or series of transactions, a quantum of additional transactional value that may be imparted to the transactional relationship, security of information exchange, etc. An important contributor to trust for such aspects of the transaction is disclosed to be the use of highly-secure steganographic computer processing means for data identification, authentication, and transmission, such that confidence in the transaction components is enhanced. By providing an integrated multivalent system for enhancing trust across a variety of categories (for a variety of transaction species, including those in which the need for trust is greater on the part of one party than of another, as well as those in which both require substantial trust enhancement), the invention reduces barriers to forming and optimizing transactional relationships.

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| 35. A device for conducting trusted transactions between at least two parties, comprising: | *Pandora offers a device for conducting trusted transactions through their premium media streaming services. More specifically, Pandora uses a digital rights management system to encrypt the music content which is playable through the Pandora music app only. Upon information and belief, to play the encrypted music on web browser, Pandora utilizes HTML5 Encrypted Media Extensions. For instance, Pandora uses HTML5 for playback on web browser and enables instant streaming on consumer devices, such as Chrome Browser on Desktop, Firefox Browser on Desktop, Chromecast, Android TVs etc.* |

 

*See* Exhibit 1, p. 1, Pandora Web page (Date Accessed 05/23/2018), available at https://www.pandora.com/

*See* Exhibit 2, p. 4, "2017 Annual Report - Pandora" PDF (Date Accessed 04/27/2018), available at http://investor.pandora.com/Cache/1500101079.PDF?O=PDF&T=&Y=&D=&FID=1500101079&iid=4247784

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| 35. A device for conducting trusted transactions between at least two parties, comprising: | *Upon information and belief, Pandora offers Digital Rights Management to offer protection against illegal songs downloads thorugh Encrypted Media Extensions (EME). It offers a freemium service to conduct trusted transactions between the user and the Pandora server. The subscription to Pandora allows playback of songs only through Web player or the application and cannot be accessed beyond them.* |



*See* Exhibit 1, p. 1, Pandora Web page (Date Accessed 05/23/2018), available at https://www.pandora.com/

> We currently provide the Pandora service through two models and have announced an additional service model to be launched in 2017:
>
> • **Ad-Supported Service.** Our ad-supported service allows listeners to access our music and comedy catalogs and personalized playlist generating system for free across all of our delivery platforms. Beginning on September 15, 2016, our ad-supported service includes new features, such as the ability to obtain more skips and replay tracks by watching an advertisement.
>
> • **Subscription Service—Pandora Plus.** Our new subscription service, Pandora Plus, launched in the United States on September 15, 2016. Prior to the launch of Pandora Plus, we operated a subscription service called Pandora One. Pandora Plus and Pandora One are premium monthly or annual paid versions of the Pandora service, which include ad-free access, higher quality audio on supported devices and longer timeout-free listening. Pandora Plus includes additional features, such as replays, additional skipping and offline listening.
>
> • **Subscription Service—Pandora Premium.** In December 2016, we unveiled our new on-demand music subscription service, Pandora Premium, which will launch to users in 2017. Pandora Premium will be a paid version of the Pandora service that will offer a unique, on-demand experience, providing users with the ability to search, play and collect songs and albums, build playlists on their own or with the tap of a button and automatically generate playlists based on the user's listening activity.

*See* Exhibit 2, p. 2, "2017 Annual Report - Pandora" PDF (Date Accessed 04/27/2018), available at http://investor.pandora.com/Cache/1500101079.PDF?O=PDF&T=&Y=&D=&FID=1500101079&iid=4247784

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| 35. A device for conducting trusted transactions between at least two parties, comprising: | <br><br>*See* Exhibit 3, p. 1, "Create your account - Pandora" webpage (05/23/2018), available at https://www.pandora.com/account/register<br><br><br><br>*See* Exhibit 1, p. 1, Pandora Web page (Date Accessed 05/23/2018), available at https://www.pandora.com/ |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| 35. A device for conducting trusted transactions between at least two parties, comprising: | *Upon information and belief, services like Pandora uses DRM for playback of the content.*<br><br>"We **consume movies and music through services like** Netflix, Spotify, **Pandora**, Apple Music, etc., **often over the web**. **Netflix, et al. are obligated, due to agreements with content partners, to serve their content with DRM.** Moreover, web streaming is likely a significant chunk of usage for Netflix. This makes **the problem of enforcing DRM over the web an incredibly important problem for Netflix, et al. to solve**.<br><br>That's where **EMEs come into play**. They are essentially **a technology that allows the browser to communicate with DRM systems over an encrypted medium.** They **make it possible for DRM software to work over the browser and relay encrypted content** to the user. This means **Netflix can serve you a movie that's encrypted and protected by DRM**."<br><br>*See* Exhibit 6, p. 2, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added). |

**BLUE SPIKE**

| C L A I M   3 5 | P A N D O R A |
|---|---|
| 35. A device for conducting trusted transactions between at least two parties, comprising: | *Upon information and belief, like Felix, the DRM implemented in Pandora works similarly.*<br><br>"Say **Felix is a movie streaming service that serves up movies over the browser and uses EMEs to protect the content it delivers**. Suppose that user wants to play some encrypted content from Felix. Here's what happens:<br><br>**The browser will load up this content, realize it is encrypted and then trigger some Javascript code**.<br><br>This **Javascript will take the encrypted content and pass it along to something called the Content Decryption Module (CDM)**—more on this later.<br><br>**The CDM will then trigger a request that will be relayed by Felix to the license server**. This is a Felix-controlled server that determines whether or not a particular user is allowed to play a particular piece of content. **If the license server thinks our user can watch the content, it will send back a decryption key for the content to the CDM**.<br><br>**The CDM will then decrypt the content and it will begin playing for the user**."<br><br>The most important **chunk of this whole process is the CDM**. By its nature, the **CDM has to be a piece of code that's trusted by Felix**. If it isn't, Felix can't be sure that it will do what it wants it to. This means that the **CDM has to come with the browser**. There are a couple of different providers for CDMs, including **Google's Widevine** and Adobe Primetime. Both of these provide the **encryption support necessary for content providers such as Felix to enforce DRM**.<br><br>*See* Exhibit 6, p. 2 & 3, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added). |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| 35. A device for conducting trusted transactions between at least two parties, comprising: | "The first thing to recognize is that downloaded files are the only mode of digital music delivery in which the music isn't encrypted. **All on-demand music services** (Spotify, Rhapsody, Google Play Music, Beats Music, etc.) **encrypt streams as well as music tracks that users download for "offline listening."** And all forms of digital radio — **Internet (Pandora)**, Satellite (SiriusXM), and digital TV (Music Choice) **— are encrypted.**" <br><br> *See* Exhibit 4, p. 2, "The Myth of DRM-Free Music _ Copyright and Technology" webpage (Date Accessed 05/21/2018), available at https://copyrightandtechnology.com/2015/05/31/the-myth-of-drm-free-music/ (emphasis added). <br><br> "Although Adobe is just released its Flash Player 11 this week, another company**, Pandora Radio, has decided to work with HTML5 instead. The online music radio company updated its website, giving it a new user interface that uses HTML5.**" <br><br> *See* Exhibit 5, p. 1, "New Pandora Radio Redesign Uses HTML5, Not Flash" webpage (Date Accessed 05/21/2018), available at https://www.htmlgoodies.com/daily_news/new-pandora-radio-redesign-uses-html5-not-flash.html (emphasis added). |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| 35. A device for conducting trusted transactions between at least two parties, comprising: | **"Encrypted Media Extensions provides an API that enables web applications to interact with content protection systems, to allow playback of encrypted audio and video**.<br><br>EME is designed to **enable the same app and encrypted files to be used in any browser, regardless of the underlying protection system**. The former is made possible by the standardized APIs and flow while the latter is made possible by the concept of Common Encryption<br><br>EME is an extension to the HTMLMediaElement specification — hence the name. Being an 'extension' means that browser support for EME is optional: if a browser does not support encrypted media, it will not be able to play encrypted media, but EME is not required for HTML spec compliance<br><br>"EME implementations use the following external components:<br><br>**Key System: A content protection (DRM) mechanism. EME doesn't define Key Systems themselves, apart from Clear Key (more about that below)**.<br><br>**Content Decryption Module (CDM): A client-side software or hardware mechanism that enables playback of encrypted media. As with Key Systems, EME doesn't define any CDMs, but provides an interface for applications to interact with CDMs that are available**.<br><br>**License (Key) server: Interacts with a CDM to provide keys to decrypt media. Negotiation with the license server is the responsibility of the application**.<br><br>*continued on next slide*. |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| 35. A device for conducting trusted transactions between at least two parties, comprising: | **Packaging service: Encodes and encrypts media for distribution/consumption**. Note that an application **using EME interacts with a license server to get keys to enable decryption**, but user identity and authentication are not part of EME. **Retrieval of keys to enable media playback happens after (optionally) authenticating a user. Services such as Netflix must authenticate users within their web application**: when **a user signs into the application, the application determines the user's identity and privileges**." <br><br> *See* Exhibit 8, p. 1, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added). <br><br><br> *Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| a steganographic cipher; | *Upon information and belief, Pandora uses HTML5 as a website design. The data is DRM protected and encrypted using a steganographic cipher (here **Encrypted Media Extensions (EME)**) before transmission from Party 1 to Party 2 so that it is not compromised or deciphered by an unauthorized user. Upon information and belief, the package's encrypted content will have a unique license identification information which can be only decrypted using a proper key.*<br><br>"We **consume movies and music through services like** Netflix, Spotify, **Pandora**, Apple Music, etc., **often over the web**. **Netflix, et al. are obligated, due to agreements with content partners, to serve their content with DRM.** Moreover, web streaming is likely a significant chunk of usage for Netflix. This makes **the problem of enforcing DRM over the web an incredibly important problem for Netflix, et al. to solve**.<br><br>That's where **EMEs come into play**. They are essentially **a technology that allows the browser to communicate with DRM systems over an encrypted medium.** They **make it possible for DRM software to work over the browser and relay encrypted content** to the user. This means **Netflix can serve you a movie that's encrypted and protected by DRM**."<br><br>*See* Exhibit 6, p. 2, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added). |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| a steganographic cipher; | "Say **Felix is a movie streaming service that serves up movies over the browser and uses EMEs to protect the content it delivers**. Suppose that user wants to play some encrypted content from Felix. Here's what happens:<br><br>**The browser will load up this content, realize it is encrypted and then trigger some Javascript code.**<br><br>This **Javascript will take the encrypted content and pass it along to something called the Content Decryption Module (CDM)**—more on this later.<br><br>**The CDM will then trigger a request that will be relayed by Felix to the license server**. This is a Felix-controlled server that determines whether or not a particular user is allowed to play a particular piece of content. **If the license server thinks our user can watch the content, it will send back a decryption key for the content to the CDM**.<br><br>**The CDM will then decrypt the content and it will begin playing for the user**."<br><br>The most important **chunk of this whole process is the CDM**. By its nature, the **CDM has to be a piece of code that's trusted by Felix**. If it isn't, Felix can't be sure that it will do what it wants it to. This means that the **CDM has to come with the browser**. There are a couple of different providers for CDMs, including **Google's Widevine** and Adobe Primetime. Both of these provide the **encryption support necessary for content providers such as Felix to enforce DRM**.<br><br>*See* Exhibit 6, p. 2 & 3, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added). |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| a steganographic cipher; | **"Encrypted Media Extensions provides an API that enables web applications to interact with content protection systems, to allow playback of encrypted audio and video**. |
| | EME is designed to **enable the same app and encrypted files to be used in any browser, regardless of the underlying protection system**. The former is made possible by the standardized APIs and flow while the latter is made possible by the concept of Common Encryption |
| | EME is an extension to the HTMLMediaElement specification — hence the name. Being an 'extension' means that browser support for EME is optional: if a browser does not support encrypted media, it will not be able to play encrypted media, but EME is not required for HTML spec compliance |
| | "EME implementations use the following external components: |
| | **Key System: A content protection (DRM) mechanism. EME doesn't define Key Systems themselves, apart from Clear Key (more about that below)**. |
| | **Content Decryption Module (CDM): A client-side software or hardware mechanism that enables playback of encrypted media. As with Key Systems, EME doesn't define any CDMs, but provides an interface for applications to interact with CDMs that are available**. |
| | **License (Key) server: Interacts with a CDM to provide keys to decrypt media. Negotiation with the license server is the responsibility of the application**. |
| | *continued on next slide*. |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| a steganographic cipher; | **Packaging service: Encodes and encrypts media for distribution/consumption**. Note that an application **using EME interacts with a license server to get keys to enable decryption**, but user identity and authentication are not part of EME. **Retrieval of keys to enable media playback happens after (optionally) authenticating a user. Services such as Netflix must authenticate users within their web application**: when a user signs into the application, the application determines the user's identity and privileges."

*See* Exhibit 8, p. 1, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added).

"Although Adobe is just released its Flash Player 11 this week, another company**, Pandora Radio, has decided to work with HTML5 instead. The online music radio company updated its website, giving it a new user interface that uses HTML5**."

*See* Exhibit 5, p. 1, "New Pandora Radio Redesign Uses HTML5, Not Flash" webpage (Date Accessed 05/21/2018), available at https://www.htmlgoodies.com/daily_news/new-pandora-radio-redesign-uses-html5-not-flash.html (emphasis added). |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| a steganographic cipher; | "How does EME Work?" |

1. A web application attempts to play audio or video that has one or more encrypted streams.

2. The browser recognizes that the media is encrypted (see box below for how that happens) and fires an encrypted event with metadata (initData) obtained from the media about the encryption.

3. The application handles the encrypted event:

   a. If no MediaKeys object has been associated with the media element, first select an available Key System by using navigator.requestMediaKeySystemAccess() to check what Key Systems are available, then create a MediaKeys object for an available Key System via a MediaKeySystemAccess object. Note that initialization of the MediaKeys object should happen before the first encrypted event. Getting a license server URL is done by the app independently of selecting an available key system. A MediaKeys object represents all the keys available to decrypt the media for an audio or video element. It represents a CDM instance and provides access to the CDM, specifically for creating key sessions, which are used to obtain keys from a license server.

   b. Once the MediaKeys object has been created, assign it to the media element: setMediaKeys() associates the MediaKeys object with an HTMLMediaElement, so that its keys can be used during playback, i.e. during decoding.

4. The app creates a MediaKeySession by calling createSession() on the MediaKeys. This creates a MediaKeySession, which represents the lifetime of a license and its key(s).

5. The app generates a license request by passing the media data obtained in the encrypted handler to the CDM, by calling generateRequest() on the MediaKeySession.

6. The CDM fires a message event: a request to acquire a key from a license server.

7. The MediaKeySession object receives the message event and the application sends a message to the license server (via XHR, for example).

8. The application receives a response from the license server and passes the data to the CDM using the update() method of the MediaKeySession.

9. The CDM decrypts the media using the keys in the license. A valid key may be used, from any session within the MediaKeys associated with the media element. The CDM will access the key and policy, indexed by Key ID.

Media playback resumes.

How does the browser know that media is encrypted?

This information is in the metadata of the media container file, which will be in a format such as ISO BMFF or WebM. For ISO BMFF this means header metadata, called the protection scheme information box. WebM uses the Matroska ContentEncryption element, with some WebM-specific additions. Guidelines are provided for each container in an EME-specific registry.

Note that there may be multiple messages between the CDM and the license server, and all communication in this process is opaque to the browser and application: messages are only understood by the CDM and license server, although the app layer can see what type of message (https://w3c.github.io/encrypted-media/#idl-def-MediaKeyMessageType) the CDM is sending. The license request contains proof of the CDM's validity (and trust relationship) as well as a key to use when encrypting the content key(s) in the resulting license.

*See* Exhibit 8, p. 2, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added).

| CLAIM 35 | PANDORA |
|---|---|
| a steganographic cipher; | *Upon information and belief, Pandora works similarly utilizing the CDM module as explained here.* |

*Upon information and belief, Pandora works similarly utilizing the CDM module as explained here.*

"**Getting a key from a license server**

In typical commercial use, **content will be encrypted and encoded using a packaging service or tool. Once the encrypted media is made available online, a web client can obtain a key (contained within a license) from a license server and use the key to enable decryption and playback of the content**.

The following code (adapted from the spec examples) shows **how an application can select an appropriate key system and obtain a key from a license server**."

```
var video = document.querySelector('video');

var config = [{initDataTypes: ['webm'],
  videoCapabilities: [{contentType: 'video/webm; codecs="vp09.00.10.08"'}]}];

if (!video.mediaKeys) {
  navigator.requestMediaKeySystemAccess('org.w3.clearkey',
    config).then(
    function(keySystemAccess) {
      var promise = keySystemAccess.createMediaKeys();
      promise.catch(
        console.error.bind(console, 'Unable to create MediaKeys')
      );
      promise.then(
        function(createdMediaKeys) {
          return video.setMediaKeys(createdMediaKeys);
        }
      ).catch(
        console.error.bind(console, 'Unable to set MediaKeys')
      );
      promise.then(
        function(createdMediaKeys) {
          var initData = new Uint8Array([...]);
          var keySession = createdMediaKeys.createSession();
          keySession.addEventListener('message', handleMessage,
            false);
          return keySession.generateRequest('webm', initData);
        }
      ).catch(
        console.error.bind(console,
          'Unable to create or initialize key session')
      );
    }
  );
}

function handleMessage(event) {
  var keySession = event.target;
  var license = new Uint8Array([...]);
  keySession.update(license).catch(
    console.error.bind(console, 'update() failed')
  );
}
```

*See* Exhibit 8, p. 3, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added).

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| a steganographic cipher; | <br><br>*See* Exhibit 7, p. 1, "What exactly is DRM and how does it work" webpage (Date Accessed 05/22/2018), available at https://bitmovin.com/what-is-drm/ |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| a steganographic cipher; | "**DASH Clear Key Encryption**<br>**Clear Key encryption is an interface supported by EME**. This interface can be used to **deliver MPEG-DASH content with Clear Key**. The **interface provides the basic functionality that the user could provide a key that will be used for the decryption of the segments.** MPEG-DASH signals the key in the Media Presentation Duration (MPD), which is the manifest of MPEG-DASH. **All the relevant information that is needed for decryption is included in the MPD**."<br><br>*See* Exhibit 7, p. 1, "What exactly is DRM and how does it work" webpage (Date Accessed 05/22/2018), available at https://bitmovin.com/what-is-drm/ (emphasis added).<br><br>"*tv.pandora.com*. **We have developed a standards-based HTML5 website called tv.pandora.com that allows users to stream music content on next generation TV, game consoles and set top box architectures** that **support open web standards. tv.pandora.com features streamlined navigation with controls and displays designed specifically for larger screens**."<br><br>*See* Exhibit 2, p. 4, "2017 Annual Report - Pandora" PDF (Date Accessed 04/27/2018), available at http://investor.pandora.com/Cache/1500101079.PDF?O=PDF&T=&Y=&D=&FID=1500101079&iid=4247784<br><br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| a controller for receiving input data or outputting output data; and | *Upon information and belief, Pandora offers a controller for receiving the input data such as user credentials for authentication and if the authentication happens, it outputs the encrypted music stream by redirecting to the application with the radio station requested.* |



*See* Exhibit 3, p. 1, "Create your account - Pandora" webpage (05/23/2018), available at https://www.pandora.com/account/register

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| a controller for receiving input data or outputting output data; and | "Set up your free Pandora Radio account in your computer's internet browser.

**Using your favorite web browser, go to the Pandora website**.

**Click on the Sign-Up link** located near the top right corner of the main page.

**Complete all the required fields of the registration form displayed on the screen. They include an email address, password, birth year, ZIP code, and your gender**. Pandora uses this information to personalize your listening experience on the website but keeps all the information private.

Near the bottom of the registration form, you must **agree to Pandora's Terms of Use Agreement and Privacy Policy.** To read these, click on the relevant link for each one to see the entire document. When you are ready to proceed, click the checkbox next to this requirement to indicate that you agree to the terms.

Before you complete the registration, you are asked to make certain choices. For example, do you want personalized recommendations and tips regularly sent to your inbox? If not, then ensure this option is not checked.

**Verify that all the information you entered so far is correct including your options near the bottom of the form and then click on the Sign-Up button**."

*See* Exhibit 14, p. 1 & 2, "How to Set Up a Free Pandora Radio Account - Lifewire" webpage (Date Accessed 05/28/2018), available at https://www.lifewire.com/how-to-sign-up-to-pandora-radio-2438392 (emphasis added)

*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| at least one input/output connection, | *Upon information and belief, Pandora (Encrypted Media Extension) system offers an input/output connection for inputting a user credentials and accordingly outputting the audio based on the response.* |



*See* Exhibit 3, p. 1, "Create your account - Pandora" webpage (05/23/2018), available at https://www.pandora.com/account/register

| CLAIM 35 | PANDORA |
|---|---|
| at least one input/output connection, | "Say **Felix is a movie streaming service that serves up movies over the browser and uses EMEs to protect the content it delivers**. Suppose that user wants to play some encrypted content from Felix. Here's what happens:<br><br>**The browser will load up this content, realize it is encrypted and then trigger some Javascript code**.<br><br>This **Javascript will take the encrypted content and pass it along to something called the Content Decryption Module (CDM)**—more on this later.<br><br>**The CDM will then trigger a request that will be relayed by Felix to the license server**. This is a Felix-controlled server that determines whether or not a particular user is allowed to play a particular piece of content. **If the license server thinks our user can watch the content, it will send back a decryption key for the content to the CDM.**<br><br>**The CDM will then decrypt the content and it will begin playing for the user**."<br><br>The most important **chunk of this whole process is the CDM**. By its nature, the **CDM has to be a piece of code that's trusted by Felix**. If it isn't, Felix can't be sure that it will do what it wants it to. This means that the **CDM has to come with the browser**. There are a couple of different providers for CDMs, including **Google's Widevine** and Adobe Primetime. Both of these provide the **encryption support necessary for content providers such as Felix to enforce DRM**.<br><br>*See* Exhibit 6, p. 2 & 3, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added) |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| at least one input/output connection, | "We **consume movies and music through services like** Netflix, Spotify, **Pandora**, Apple Music, etc., **often over the web**. **Netflix, et al. are obligated, due to agreements with content partners, to serve their content with DRM.** Moreover, web streaming is likely a significant chunk of usage for Netflix. This makes **the problem of enforcing DRM over the web an incredibly important problem for Netflix, et al. to solve**. <br><br> That's where **EMEs come into play**. They are essentially **a technology that allows the browser to communicate with DRM systems over an encrypted medium.** They **make it possible for DRM software to work over the browser and relay encrypted content** to the user. This means **Netflix can serve you a movie that's encrypted and protected by DRM**." <br><br> *See* Exhibit 6, p. 2, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added) <br><br> *Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein the device has a device identification code stored in the device; | *Upon information and belief, Pandora tracks the listening activity based on the type of device used to access the radio and creates a log on its server. The identification codes such as IP address, browser type MAC addresses are stored on the device which Pandora tracks.*<br><br>"**Technical Information**: As is **true of many internet-enabled services, Pandora may collect certain non-personally identifiable technical information through the use of log files and servers**. Web and application servers create log files automatically as part of their setup and configuration. Information in a log file **may include IP address, browser type, Internet service provider, date/time stamps, MAC address, file requested, and other usage information and statistics**."<br><br>"**Device Information**: **If you access and use the Service from a computer, mobile phone, tablet, automobile, or other electronic device, we may collect information about those devices**. For example, **our servers receive and store information about your computer and browser, including your Internet Protocol (IP) address, browser type, and other related software or hardware information**. If **you access the Service from a mobile phone, tablet, automobile, or other electronic device, we may collect and store information such as device type, operating system version and type, unique identifiers (such as Android Advertising ID, VIN, MAC address, and IDFA), carrier, and other related information for that device**."<br><br>*See* Exhibit 15, p. 3 & 4, "Pandora - Privacy Policy" webpage (Date Accessed 05/23/2018), available at https://www.pandora.com/privacy (emphasis added) |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein the device has a device identification code stored in the device; | "3. Information Collection Technologies<br><br>Our use of cookies: **Pandora uses a technology that is commonly known as "cookies." A cookie is a file our server writes to your hard drive that contains an alphanumeric identifier.** We use the identifier in a cookie to help us manage and report on your interaction with the Service**. Through cookies, we are able to collect information that we use to improve the Service, keep count of return visits to our website or our advertisers' or partners' websites**, collect and report on aggregate statistical information, **authenticate your login credentials, or manage multiple instances of the Service in a single browser**. We may also collect other data such as the page or site that referred you to the Service, **the date and time you visited the Service, and your current IP address. The cookies we place on your hard drive are known as "first-party cookies."**<br><br>We use both session cookies and persistent cookies. A session cookie expires when you close your browser. **A persistent cookie remains on your hard drive for an extended period of time. You may be able to remove persistent cookies by following directions provided in your browser's "help" section**. If you do not accept first-party cookies you may still use our Service, but your ability to use some areas of our website, and the ability to stay logged in, will be limited."<br><br>*See* Exhibit 15, p. 7 & 8, "Pandora - Privacy Policy" webpage (Date Accessed 05/23/2018), available at https://www.pandora.com/privacy (emphasis added) |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein the device has a device identification code stored in the device; | "Fill your home with the music you love<br><br>When **you create a Pandora account, your stations are accessible to you from every connected device in your home**."<br><br>**Pandora can be streamed directly through 1,700 connected devices**. Click below for more details on availability.<br><br>"**Pandora can be controlled directly through the dash of nearly 200 models**. If you don't have one of these models, you can still listen to Pandora in your car by connecting your mobile device via AUX cord or Bluetooth."<br><br>"Take **your Pandora stations with you everywhere**<br><br>When you download the **Pandora app on your mobile device, your stations are accessible to you wherever you go**."<br><br><br><br>*See* Exhibit 16, p. 1-3, "Pandora Everywhere" webpage (Date Accessed 05/28/2018), available at https://www.pandora.com/everywhere (emphasis added)<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

| CLAIM 35 | PANDORA |
|---|---|
| a steganographically ciphered software application; | *Pandora offers the application (Android, iOS, Windows), which is a steganographically ciphered software application which encrypts the songs and are playable only through the application.*<br><br><br><br>*See* Exhibit 17, p. 1, "Pandora Music on the App Store" webpage (Date Accessed 05/23/2018), available at https://itunes.apple.com/us/app/pandora-music/id284035177?mt=8 |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| a steganographically ciphered software application; | Pandora is the world's most powerful music discovery platform, **offering a personalized experience for each of our listeners wherever and whenever they want to listen to music**—whether through earbuds, car speakers or live on stage. Our vision is to be the definitive source of music discovery and enjoyment for billions. **Pandora is available as an ad-supported service or as a subscription service, which we call Pandora Plus**. The majority of our listener hours occur on mobile devices, with the majority of our revenue generated from advertising on our ad-supported service on these devices. We offer both local and national advertisers the opportunity to deliver targeted messages to our listeners using a combination of audio, display and video advertisements. **We also generate revenue from subscriptions to Pandora Plus.** Founded by musicians, Pandora also empowers artists with valuable data and tools to help grow their careers and connect with their fans. |



We currently provide the Pandora service through two models and have announced an additional service model to be launched in 2017:

- *Ad-Supported Service.* Our ad-supported service allows listeners to access our music and comedy catalogs and personalized playlist generating system for free across all of our delivery platforms. Beginning on September 15, 2016, our ad-supported service includes new features, such as the ability to obtain more skips and replay tracks by watching an advertisement.

- *Subscription Service—Pandora Plus.* Our new subscription service, Pandora Plus, launched in the United States on September 15, 2016. Prior to the launch of Pandora Plus, we operated a subscription service called Pandora One. Pandora Plus and Pandora One are premium monthly or annual paid versions of the Pandora service, which include ad-free access, higher quality audio on supported devices and longer timeout-free listening. Pandora Plus includes additional features, such as replays, additional skipping and offline listening.

- *Subscription Service—Pandora Premium.* In December 2016, we unveiled our new on-demand music subscription service, Pandora Premium, which will launch to users in 2017. Pandora Premium will be a paid version of the Pandora service that will offer a unique, on-demand experience, providing users with the ability to search, play and collect songs and albums, build playlists on their own or with the tap of a button and automatically generate playlists based on the user's listening activity.

*See* Exhibit 2, p. 2, "2017 Annual Report - Pandora" PDF (Date Accessed 04/27/2018), available at http://investor.pandora.com/Cache/1500101079.PDF?O=PDF&T=&Y=&D=&FID=1500101079&iid=4247784

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| a steganographically ciphered software application; | "The instructions below are **for Offline Listening for Pandora Plus Subscribers** only. If you are searching for information on Offline Listening for Pandora Premium, please read Downloads and Offline Listening for Premium. <br><br> What is Offline Listening? <br><br> **Offline Listening is a feature that allows you to listen to Pandora without needing a cellular data network or wifi connection. When you do not have access to a cell network or wifi, you can stay connected to your music without major interruptions**. <br><br> You can give a thumbs up, thumbs down, skip, or replay while in Offline Listening mode, just as you would with any other station. Pandora will periodically review this feedback to further tune your stations. <br><br> How do I get Offline Listening <br><br> **Offline Listening is only available to our current Pandora Plus subscribers on iOS and Android devices that meet the minimum requirements to run the latest version of the Pandora app**." <br><br> *See* Exhibit 18, p. 1 & 2, "Pandora Offline Listening Help" webpage (Date Accessed 05/29/2018), available at https://help.pandora.com/s/article/Offline-Listening-for-Pandora-Plus-1519949300340?language=en_US (emphasis added) |

| CLAIM 35 | PANDORA |
|---|---|
| a steganographically ciphered software application; | "**Pandora will download up to three of your most-listened-to stations and add them to your Offline Station list. By default, these stations will be downloaded while your device is connected to wifi, and we will never use the last 500 mb of storage on your device**.<br><br>When you lose your connection, **Pandora will alert you with a notification to let you know that you're being switched to one of your offline stations**.<br><br>When **you have a signal again, you can continue listening to the offline station you were transferred to or switch back to your regular station list**.<br><br>**Keep in mind that when you are currently in Offline Listening mode, the list of features you have access to will be limited. Specifically, your station list will show only the stations that have been downloaded for Offline Listening**, and you will not have access to your full list of Stations,Settings, Feed, or Profile."<br><br>*See* Exhibit 18, p. 2, "Pandora Offline Listening Help" webpage (Date Accessed 05/29/2018), available at https://help.pandora.com/s/article/Offline-Listening-for-Pandora-Plus-1519949300340?language=en_US (emphasis added)<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein said steganographically ciphered software application has been subject to a steganographic cipher for serialization; | *Pandora offers user login credentials to offer steganographically ciphered Pandora application having library of encrypted songs which can be accessed by the user after entering their personalization information.*<br><br><br><br>*See* Exhibit 3, p. 1, "Create your account - Pandora" webpage (05/23/2018), available at https://www.pandora.com/account/register |

| CLAIM 35 | PANDORA |
|---|---|
| wherein said steganographically ciphered software application has been subject to a steganographic cipher for serialization; | "Playback<br><br>**On the player side it's possible to utilize the HTML5 Encrypted Media Extensions (EME) to enable DRM playback without plugins**. If the DRM is not supported through the EME you could fallback to Flash and Adobe Access, if supported by your player vendor. On the other hand, if the content is MPEG-CENC Multi-DRM encrypted, the player could automatically choose the DRM that is natively supported on the given platform to playback the content in HTML5 without plugins. **The authentication and the license acquisition will be handled by the player through the EME with the metadata that is provided with the content**."<br><br>"Licensing Server<br><br>The **licensing server is the management backend of your DRM setup**. It allows you to create, modify and revoke licenses for your content and users. **Licensing servers and DRM's differ in their features such as offline playback, fine grained policies, rights visibility for users, APIs, different payment (subscription, purchase, rental and gifting), etc**. License servers are provided by several companies such as Irdeto, EZDRM, Expressplay, Axinom, etc. It's also possible to create your own licensing backend if you have a contract with Google (Widevine), Microsoft (PlayReady), Adobe (PrimeTime) or Apple (Fairplay) directly and you implement the specification. **As long as your licensing server follows the specifications, it could be integrated with the other parts of the DRM chain, e.g., encoding, packaging and playback**."<br>*See* Exhibit 7, p. 7 & 8, "What exactly is DRM and how does it work" webpage (Date Accessed 05/22/2018), available at https://bitmovin.com/what-is-drm/ (emphasis added). |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein said steganographically ciphered software application has been subject to a steganographic cipher for serialization; |  *See* Exhibit 7, p. 1, "What exactly is DRM and how does it work" webpage (Date Accessed 05/22/2018), available at https://bitmovin.com/what-is-drm/ |

BLUE SPIKE

| CLAIM 35 | PANDORA |
|---|---|
| wherein said steganographically ciphered software application has been subject to a steganographic cipher for serialization; | "**DASH Clear Key Encryption**<br>**Clear Key encryption is an interface supported by EME**. This interface can be used to **deliver MPEG-DASH content with Clear Key**. The **interface provides the basic functionality that the user could provide a key that will be used for the decryption of the segments.** MPEG-DASH signals the key in the Media Presentation Duration (MPD), which is the manifest of MPEG-DASH. **All the relevant information that is needed for decryption is included in the MPD**."<br><br>*See* Exhibit 7, p. 1, "What exactly is DRM and how does it work" webpage (Date Accessed 05/22/2018), available at https://bitmovin.com/what-is-drm/ (emphasis added).<br><br>"*tv.pandora.com*. **We have developed a standards-based HTML5 website called tv.pandora.com that allows users to stream music content on next generation TV, game consoles and set top box architectures** that **support open web standards. tv.pandora.com features streamlined navigation with controls and displays designed specifically for larger screens**."<br><br>*See* Exhibit 2, p. 4, "2017 Annual Report - Pandora" PDF (Date Accessed 04/27/2018), available at http://investor.pandora.com/Cache/1500101079.PDF?O=PDF&T=&Y=&D=&FID=1500101079&iid=4247784 |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein said steganographically ciphered software application has been subject to a steganographic cipher for serialization; |  |

*See* Exhibit 13, p. 1, "Upgrade to Pandora Plus or Pandora Premium" webpage (Date Accessed 05/30/2018), available at https://www.pandora.com/settings/upgrade

"You can **cancel your subscription at any point during the course of its duration**. However, uninstalling the app does not automatically cancel your subscription for you. Additionally, keep in mind that if you are having technical difficulties with Pandora, canceling your subscription will not solve any issues you may be experiencing. Search our help page for tips on troubleshooting your particular device.

**The instructions for canceling your subscription are dependent upon the store you purchased your Pandora subscription through**. Choose the option below to learn how to cancel your subscription. ."

*See* Exhibit 12, p. 1, "Pandora – Cancelling a subscription" webpage (Date Accessed 05/23/2018), available at https://help.pandora.com/s/article/Cancel-your-Subscription-1519949295562?language=en_US (emphasis added)
*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.*

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein said steganographic cipher receives said output data, steganographically ciphering said output data using a key, to define steganographically ciphered output data, and transmits said steganographically ciphered output data to said at least one input/output connection; | *Upon information and belief, Pandora uses HTML5 as a website design. The data is DRM protected and encrypted using a steganographic cipher (here **Encrypted Media Extensions (EME)**) before transmission from Party 1 to Party 2 so that it is not compromised or deciphered by an unauthorized user. Upon information and belief, the package's encrypted content will have a unique license identification information which can be only decrypted using a proper key.*<br><br>"We **consume movies and music through services like** Netflix, Spotify, **Pandora**, Apple Music, etc., **often over the web**. **Netflix, et al. are obligated, due to agreements with content partners, to serve their content with DRM**. Moreover, web streaming is likely a significant chunk of usage for Netflix. This makes **the problem of enforcing DRM over the web an incredibly important problem for Netflix, et al. to solve**.<br><br>That's where **EMEs come into play**. They are essentially **a technology that allows the browser to communicate with DRM systems over an encrypted medium**. They **make it possible for DRM software to work over the browser and relay encrypted content** to the user. This means **Netflix can serve you a movie that's encrypted and protected by DRM**."<br><br>*See* Exhibit 6, p. 2, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added). |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein said steganographic cipher receives said output data, steganographically ciphering said output data using a key, to define steganographically ciphered output data, and transmits said steganographically ciphered output data to said at least one input/output connection; | "Say **Felix is a movie streaming service that serves up movies over the browser and uses EMEs to protect the content it delivers**. Suppose that user wants to play some encrypted content from Felix. Here's what happens:<br><br>**The browser will load up this content, realize it is encrypted and then trigger some Javascript code**.<br><br>This **Javascript will take the encrypted content and pass it along to something called the Content Decryption Module (CDM)**—more on this later.<br><br>**The CDM will then trigger a request that will be relayed by Felix to the license server**. This is a Felix-controlled server that determines whether or not a particular user is allowed to play a particular piece of content. **If the license server thinks our user can watch the content, it will send back a decryption key for the content to the CDM**.<br><br>**The CDM will then decrypt the content and it will begin playing for the user**."<br><br>The most important **chunk of this whole process is the CDM**. By its nature, the **CDM has to be a piece of code that's trusted by Felix**. If it isn't, Felix can't be sure that it will do what it wants it to. This means that the **CDM has to come with the browser**. There are a couple of different providers for CDMs, including **Google's Widevine** and Adobe Primetime. Both of these provide the **encryption support necessary for content providers such as Felix to enforce DRM**.<br><br>*See* Exhibit 6, p. 2 & 3, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added). |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein said steganographic cipher receives said output data, steganographically ciphering said output data using a key, to define steganographically ciphered output data, and transmits said steganographically ciphered output data to said at least one input/output connection; | **"Encrypted Media Extensions provides an API that enables web applications to interact with content protection systems, to allow playback of encrypted audio and video**.<br><br>EME is designed to **enable the same app and encrypted files to be used in any browser, regardless of the underlying protection system**. The former is made possible by the standardized APIs and flow while the latter is made possible by the concept of Common Encryption<br><br>EME is an extension to the HTMLMediaElement specification — hence the name. Being an 'extension' means that browser support for EME is optional: if a browser does not support encrypted media, it will not be able to play encrypted media, but EME is not required for HTML spec compliance<br><br>"EME implementations use the following external components:<br><br>**Key System: A content protection (DRM) mechanism. EME doesn't define Key Systems themselves, apart from Clear Key (more about that below)**.<br><br>**Content Decryption Module (CDM): A client-side software or hardware mechanism that enables playback of encrypted media. As with Key Systems, EME doesn't define any CDMs, but provides an interface for applications to interact with CDMs that are available**.<br><br>**License (Key) server: Interacts with a CDM to provide keys to decrypt media. Negotiation with the license server is the responsibility of the application**.<br><br>*continued on next slide.* |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein said steganographic cipher receives said output data, steganographically ciphering said output data using a key, to define steganographically ciphered output data, and transmits said steganographically ciphered output data to said at least one input/output connection; | **Packaging service: Encodes and encrypts media for distribution/consumption**. Note that an application **using EME interacts with a license server to get keys to enable decryption**, but user identity and authentication are not part of EME. **Retrieval of keys to enable media playback happens after (optionally) authenticating a user. Services such as Netflix must authenticate users within their web application**: when a user signs into the application, the application determines the user's identity and privileges." <br><br> *See* Exhibit 8, p. 1, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added). <br><br> "Although Adobe is just released its Flash Player 11 this week, another company**, Pandora Radio, has decided to work with HTML5 instead. The online music radio company updated its website, giving it a new user interface that uses HTML5**." <br><br> *See* Exhibit 5, p. 1, "New Pandora Radio Redesign Uses HTML5, Not Flash" webpage (Date Accessed 05/21/2018), available at https://www.htmlgoodies.com/daily_news/new-pandora-radio-redesign-uses-html5-not-flash.html (emphasis added). |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein said steganographic cipher receives said output data, steganographically ciphering said output data using a key, to define steganographically ciphered output data, and transmits said steganographically ciphered output data to said at least one input/output connection; | "How does EME Work?"<br><br>1. A web application attempts to play audio or video that has one or more encrypted streams.<br>2. The browser recognizes that the media is encrypted (see box below for how that happens) and fires an encrypted event with metadata (initData) obtained from the media about the encryption.<br>3. application handles the encrypted event:<br>  a. If no MediaKeys object has been associated with the media element, first select an available Key System by using navigator.requestMediaKeySystemAccess() to check what Key Systems are available, then create a MediaKeys object for an available Key System via a MediaKeySystemAccess object. Note that initialization of the MediaKeys object should happen before the first encrypted event. Getting a license server URL is done by the app independently of selecting an available key system. A MediaKeys object represents all the keys available to decrypt the media for an audio or video element. It represents a CDM instance and provides access to the CDM, specifically for creating key sessions, which are used to obtain keys from a license server.<br>  b. Once the MediaKeys object has been created, assign it to the media element: setMediaKeys() associates the MediaKeys object with an HTMLMediaElement, so that its keys can be used during playback, i.e. during decoding.<br>4. The app creates a MediaKeySession by calling createSession() on the MediaKeys. This creates a MediaKeySession, which represents the lifetime of a license and its key(s).<br>5. The app generates a license request by passing the media data obtained in the encrypted handler to the CDM, by calling generateRequest() on the MediaKeySession.<br>6. CDM fires a message event: a request to acquire a key from a license server.<br>7. The MediaKeySession object receives the message event and the application sends a message to the license server (via XHR, for example).<br>8. The application receives a response from the license server and passes the data to the CDM using the update() method of the MediaKeySession.<br>9. The CDM decrypts the media using the keys in the license. A valid key may be used, from any session within the MediaKeys associated with the media element. The CDM will access the key and policy, indexed by Key ID.<br><br>Media playback resumes.<br><br>How does the browser know that media is encrypted?<br><br>This information is in the metadata of the media container file, which will be in a format such as ISO BMFF or WebM. For ISO BMFF this means header metadata, called the protection scheme information box. WebM uses the Matroska ContentEncryption element, with some WebM-specific additions. Guidelines are provided for each container in an EME-specific registry.<br><br>Note that there may be multiple messages between the CDM and license server, and all communication in this process is opaque to the browser and application: messages are only understood by the CDM and license server, although the app layer can see what type of message (https://w3c.github.io/encrypted-media/#idl-def-MediaKeyMessageType) the CDM is sending. The license request contains proof of the CDM's validity (and trust relationship) as well as a key to use when encrypting the content key(s) in the resulting license.<br><br>*See* Exhibit 8, p. 2, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added). |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein said steganographic cipher receives said output data, steganographically ciphering said output data using a key, to define steganographically ciphered output data, and transmits said steganographically ciphered output data to said at least one input/output connection; | *Upon information and belief, Pandora works similarly utilizing the CDM module as explained here.* |

*Upon information and belief, Pandora works similarly utilizing the CDM module as explained here.*

"**Getting a key from a license server**

In typical commercial use, **content will be encrypted and encoded using a packaging service or tool. Once the encrypted media is made available online, a web client can obtain a key (contained within a license) from a license server and use the key to enable decryption and playback of the content**.

The following code (adapted from the spec examples) shows **how an application can select an appropriate key system and obtain a key from a license server**."

```
var video = document.querySelector('video');

var config = [{initDataTypes: ['webm'],
  videoCapabilities: [{contentType: 'video/webm; codecs="vp09.00.10.08"'}]}];

if (!video.mediaKeys) {
  navigator.requestMediaKeySystemAccess('org.w3.clearkey',
    config).then(
    function(keySystemAccess) {
      var promise = keySystemAccess.createMediaKeys();
      promise.catch(
        console.error.bind(console, 'Unable to create MediaKeys')
      );
      promise.then(
        function(createdMediaKeys) {
          return video.setMediaKeys(createdMediaKeys);
        }
      ).catch(
        console.error.bind(console, 'Unable to set MediaKeys')
      );
      promise.then(
        function(createdMediaKeys) {
          var initData = new Uint8Array([...]);
          var keySession = createdMediaKeys.createSession();
          keySession.addEventListener('message', handleMessage,
            false);
          return keySession.generateRequest('webm', initData);
        }
      ).catch(
        console.error.bind(console,
          'Unable to create or initialize key session')
      );
    }
  );
}

function handleMessage(event) {
  var keySession = event.target;
  var license = new Uint8Array([...]);
  keySession.update(license).catch(
    console.error.bind(console, 'update() failed')
  );
}
```

*See* Exhibit 8, p. 3, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added).

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein said steganographic cipher receives said output data, steganographically ciphering said output data using a key, to define steganographically ciphered output data, and transmits said steganographically ciphered output data to said at least one input/output connection; |  *See* Exhibit 7, p. 1, "What exactly is DRM and how does it work" webpage (Date Accessed 05/22/2018), available at https://bitmovin.com/what-is-drm/ |

BLUE SPIKE

| CLAIM 35 | PANDORA |
|---|---|
| wherein said steganographic cipher receives said output data, steganographically ciphering said output data using a key, to define steganographically ciphered output data, and transmits said steganographically ciphered output data to said at least one input/ output connection; | "**DASH Clear Key Encryption**<br>**Clear Key encryption is an interface supported by EME**. This interface can be used to **deliver MPEG-DASH content with Clear Key**. The **interface provides the basic functionality that the user could provide a key that will be used for the decryption of the segments.** MPEG-DASH signals the key in the Media Presentation Duration (MPD), which is the manifest of MPEG-DASH. **All the relevant information that is needed for decryption is included in the MPD**."<br><br>*See* Exhibit 7, p. 1, "What exactly is DRM and how does it work" webpage (Date Accessed 05/22/2018), available at https://bitmovin.com/what-is-drm/ (emphasis added).<br><br>"*tv.pandora.com*. **We have developed a standards-based HTML5 website called tv.pandora.com that allows users to stream music content on next generation TV, game consoles and set top box architectures** that **support open web standards. tv.pandora.com features streamlined navigation with controls and displays designed specifically for larger screens**."<br><br>*See* Exhibit 2, p. 4, "2017 Annual Report - Pandora" PDF (Date Accessed 04/27/2018), available at http://investor.pandora.com/Cache/1500101079.PDF?O=PDF&T=&Y=&D=&FID=1500101079&iid=4247784<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein the device is configured to steganographically cipher both value-added information and at least one value-added component associated with the value-added information. | *Upon information and belief, Pandora uses HTML5 as a website design. The data is DRM protected and encrypted using a steganographic cipher (here **Encrypted Media Extensions (EME)**) before transmission from Party 1 to Party 2 so that it is not compromised or deciphered by an unauthorized user. Upon information and belief, the package's encrypted content will have a unique license identification information which can be only decrypted using a proper key.*<br><br>*Further, the package's encrypted content includes audio content (value-added information) as well as metadata and headers that allow Pandora to display album art, lyrics, promotional material, etc. (at least one value-added component).*<br><br>"We **consume movies and music through services like** Netflix, Spotify, **Pandora**, Apple Music, etc., **often over the web**. **Netflix, et al. are obligated, due to agreements with content partners, to serve their content with DRM.** Moreover, web streaming is likely a significant chunk of usage for Netflix. This makes **the problem of enforcing DRM over the web an incredibly important problem for Netflix, et al. to solve**.<br><br>That's where **EMEs come into play**. They are essentially **a technology that allows the browser to communicate with DRM systems over an encrypted medium.** They **make it possible for DRM software to work over the browser and relay encrypted content** to the user. This means **Netflix can serve you a movie that's encrypted and protected by DRM**."<br>*See* Exhibit 6, p. 2, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added). |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein the device is configured to steganographically cipher both value-added information and at least one value-added component associated with the value-added information. | "Say **Felix is a movie streaming service that serves up movies over the browser and uses EMEs to protect the content it delivers**. Suppose that user wants to play some encrypted content from Felix. Here's what happens: **The browser will load up this content, realize it is encrypted and then trigger some Javascript code**. This **Javascript will take the encrypted content and pass it along to something called the Content Decryption Module (CDM)**—more on this later. **The CDM will then trigger a request that will be relayed by Felix to the license server**. This is a Felix-controlled server that determines whether or not a particular user is allowed to play a particular piece of content. **If the license server thinks our user can watch the content, it will send back a decryption key for the content to the CDM**. **The CDM will then decrypt the content and it will begin playing for the user**." The most important **chunk of this whole process is the CDM**. By its nature, the **CDM has to be a piece of code that's trusted by Felix**. If it isn't, Felix can't be sure that it will do what it wants it to. This means that the **CDM has to come with the browser**. There are a couple of different providers for CDMs, including **Google's Widevine** and Adobe Primetime. Both of these provide the **encryption support necessary for content providers such as Felix to enforce DRM**. *See* Exhibit 6, p. 2 & 3, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added). |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein the device is configured to steganographically cipher both value-added information and at least one value-added component associated with the value-added information. | **"Encrypted Media Extensions provides an API that enables web applications to interact with content protection systems, to allow playback of encrypted audio and video**. EME is designed to **enable the same app and encrypted files to be used in any browser, regardless of the underlying protection system**. The former is made possible by the standardized APIs and flow while the latter is made possible by the concept of Common Encryption EME is an extension to the HTMLMediaElement specification — hence the name. Being an 'extension' means that browser support for EME is optional: if a browser does not support encrypted media, it will not be able to play encrypted media, but EME is not required for HTML spec compliance "EME implementations use the following external components: **Key System: A content protection (DRM) mechanism. EME doesn't define Key Systems themselves, apart from Clear Key (more about that below)**. **Content Decryption Module (CDM): A client-side software or hardware mechanism that enables playback of encrypted media. As with Key Systems, EME doesn't define any CDMs, but provides an interface for applications to interact with CDMs that are available**. **License (Key) server: Interacts with a CDM to provide keys to decrypt media. Negotiation with the license server is the responsibility of the application**. *continued on next slide*. |

continued on next slide.

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein the device is configured to steganographically cipher both value-added information and at least one value-added component associated with the value-added information. | **Packaging service: Encodes and encrypts media for distribution/consumption**. Note that an application **using EME interacts with a license server to get keys to enable decryption**, but user identity and authentication are not part of EME. **Retrieval of keys to enable media playback happens after (optionally) authenticating a user. Services such as Netflix must authenticate users within their web application**: when a user signs into the application, the application determines the user's identity and privileges." <br><br> *See* Exhibit 8, p. 1, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added). <br><br> "Although Adobe is just released its Flash Player 11 this week, another company**, Pandora Radio, has decided to work with HTML5 instead. The online music radio company updated its website, giving it a new user interface that uses HTML5**." <br><br> *See* Exhibit 5, p. 1, "New Pandora Radio Redesign Uses HTML5, Not Flash" webpage (Date Accessed 05/21/2018), available at https://www.htmlgoodies.com/daily_news/new-pandora-radio-redesign-uses-html5-not-flash.html (emphasis added). |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein the device is configured to steganographically cipher both value-added information and at least one value-added component associated with the value-added information. | "How does EME Work?"<br><br>1. A web application attempts to play audio or video that has one or more encrypted streams.<br>2. The browser recognizes that the media is encrypted (see box below for how that happens) and fires an encrypted event with metadata (initData) obtained from the media about the encryption.<br>3. The application handles the encrypted event:<br>  a. If no MediaKeys object has been associated with the media element, first select an available Key System by using navigator.requestMediaKeySystemAccess() to check what Key Systems are available, then create a MediaKeys object for an available Key System via a MediaKeySystemAccess object. Note that initialization of the MediaKeys object should happen before the first encrypted event. Getting a license server URL is done by the app independently of selecting an available key system. A MediaKeys object represents all the keys available to decrypt the media for an audio or video element. It represents a CDM instance and provides access to the CDM, specifically for creating key sessions, which are used to obtain keys from a license server.<br>  b. Once the MediaKeys object has been created, assign it to the media element: setMediaKeys() associates the MediaKeys object with an HTMLMediaElement, so that its keys can be used during playback, i.e. during decoding.<br>4. The app creates a MediaKeySession by calling createSession() on the MediaKeys. This creates a MediaKeySession, which represents the lifetime of a license and its key(s).<br>5. The app generates a license request by passing the media data obtained in the encrypted handler to the CDM, by calling generateRequest() on the MediaKeySession.<br>6. The CDM fires a message event: a request to acquire a key from a license server.<br>7. The MediaKeySession object receives the message event and the application sends a message to the license server (via XHR, for example).<br>8. The application receives a response from the license server and passes the data to the CDM using the update() method of the MediaKeySession.<br>9. The CDM decrypts the media using the keys in the license. A valid key may be used, from any session within the MediaKeys associated with the media element. The CDM will access the key and policy, indexed by Key ID.<br><br>Media playback resumes.<br><br>How does the browser know that media is encrypted?<br><br>This information is in the metadata of the media container file, which will be in a format such as ISO BMFF or WebM. For ISO BMFF this means header metadata, called the protection scheme information box. WebM uses the Matroska ContentEncryption element, with some WebM-specific additions. Guidelines are provided for each container in an EME-specific registry.<br><br>Note that there may be multiple messages between the CDM and the license server, and all communication in this process is opaque to the browser and application: messages are only understood by the CDM and license server, although the app layer can see what type of message (https://w3c.github.io/encrypted-media/#idl-def-MediaKeyMessageType) the CDM is sending. The license request contains proof of the CDM's validity (and trust relationship) as well as a key to use when encrypting the content key(s) in the resulting license. |

*See* Exhibit 8, p. 2, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added).

BLUE SPIKE

| CLAIM 35 | PANDORA |
|---|---|
| wherein the device is configured to steganographically cipher both value-added information and at least one value-added component associated with the value-added information. | *Upon information and belief, Pandora works similarly utilizing the CDM module as explained here.*<br><br>"**Getting a key from a license server**<br><br>In typical commercial use, **content will be encrypted and encoded using a packaging service or tool. Once the encrypted media is made available online, a web client can obtain a key (contained within a license) from a license server and use the key to enable decryption and playback of the content**.<br><br>The following code (adapted from the spec examples) shows **how an application can select an appropriate key system and obtain a key from a license server**."<br><br><br><br>*See* Exhibit 8, p. 3, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added). |

**BLUE SPIKE**

| CLAIM 35 | PANDORA |
|---|---|
| wherein the device is configured to steganographically cipher both value-added information and at least one value-added component associated with the value-added information. |  |

*See* Exhibit 7, p. 1, "What exactly is DRM and how does it work" webpage (Date Accessed 05/22/2018), available at https://bitmovin.com/what-is-drm/



| CLAIM 35 | PANDORA |
|---|---|
| wherein the device is configured to steganographically cipher both value-added information and at least one value-added component associated with the value-added information. | "**DASH Clear Key Encryption**<br>**Clear Key encryption is an interface supported by EME**. This interface can be used to **deliver MPEG-DASH content with Clear Key**. The **interface provides the basic functionality that the user could provide a key that will be used for the decryption of the segments.** MPEG-DASH signals the key in the Media Presentation Duration (MPD), which is the manifest of MPEG-DASH. **All the relevant information that is needed for decryption is included in the MPD**."<br><br>*See* Exhibit 7, p. 1, "What exactly is DRM and how does it work" webpage (Date Accessed 05/22/2018), available at https://bitmovin.com/what-is-drm/ (emphasis added).<br><br>"*tv.pandora.com*. **We have developed a standards-based HTML5 website called tv.pandora.com that allows users to stream music content on next generation TV, game consoles and set top box architectures** that **support open web standards. tv.pandora.com features streamlined navigation with controls and displays designed specifically for larger screens**."<br><br>*See* Exhibit 2, p. 4, "2017 Annual Report - Pandora" PDF (Date Accessed 04/27/2018), available at http://investor.pandora.com/Cache/1500101079.PDF?O=PDF&T=&Y=&D=&FID=1500101079&iid=4247784<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

**BLUE SPIKE**