**EXHIBIT D**

# BLUE SPIKE

## Ex. D, Infringement Chart for claim 6 of the '506 Patent

PANDORA

# PATENT DETAILS

| U.S. Patent No. 7,813,506 | System and methods for permitting open access to data objects and for securing data within the data objects |
|---|---|

**ISSUE DATE :**

October 12, 2010

**FILING DATE :**

March 30, 2009

**INVENTOR :**

Scott A. Moskowitz;
Mike W. Berry

ABSTRACT:

A system and methods for permitting open access to data objects and for securing data within the data objects is disclosed. According to one embodiment of the present invention, a method for securing a data object is disclosed. According to one embodiment of the present invention, a method for securing a data object is disclosed. The method includes the steps of (1) providing a data object comprising digital data and file format information; (2) embedding independent data into a data object; and (3) scrambling the data object to degrade the data object to a predetermined signal quality level. The steps of embedding and scrambling may be performed until a predetermined condition is met. The method may also include the steps of descrambling the data object to upgrade the data object to a predetermined signal quality level, and decoding the embedded independent data. The additional steps of descrambling and decoding may be performed until a predetermined condition is met. The predetermined condition may include, for example, reaching a desired signal quality of the data object.

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| 6. A method for distributing accessible digital content, comprising: | *Pandora offers a method for distributing digital content through their premium media streaming services. More specifically, Pandora uses a digital rights management system to encrypt the music content which is playable through the Pandora music app only. Upon information and belief, to play the encrypted music on web browser, Pandora utilizes HTML5 Encrypted Media Extensions. For instance, Pandora uses HTML5 for playback on web browser and enables instant streaming on consumer devices, such as Chrome Browser on Desktop, Firefox Browser on Desktop, Chromecast, Android TVs etc.*   *See* Exhibit 1, p. 1, Pandora Web page (Date Accessed 05/23/2018), available at https://www.pandora.com/ <br><br> *See* Exhibit 2, p. 4, "2017 Annual Report - Pandora" PDF (Date Accessed 04/27/2018), available at http://investor.pandora.com/Cache/1500101079.PDF?O=PDF&T=&Y=&D=&FID=1500101079&iid=4247784 |

| CLAIM 6 | PANDORA |
|---|---|
| 6. A method for distributing accessible digital content, comprising: | *Upon information and belief, Pandora offers Digital Rights Management to offer protection against illegal songs downloads thorugh Encrypted Media Extensions (EME). It offers a freemium service to conduct trusted transactions between the user and the Pandora server. The subscription to Pandora allows playback of songs only through Web player or the application and cannot be accessed beyond them.*<br><br><br>*See* Exhibit 1, p. 1, Pandora Web page (Date Accessed 05/23/2018), available at https://www.pandora.com/<br><br>*See* Exhibit 2, p. 2, "2017 Annual Report - Pandora" PDF (Date Accessed 04/27/2018), available at http://investor.pandora.com/Cache/1500101079.PDF?O=PDF&T=&Y=&D=&FID=1500101079&iid=4247784 |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| 6. A method for distributing accessible digital content, comprising: |  |

*See* Exhibit 3, p. 1, "Create your account - Pandora" webpage (05/23/2018), available at https://www.pandora.com/account/register

*See* Exhibit 1, p. 1, Pandora Web page (Date Accessed 05/23/2018), available at https://www.pandora.com/

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| 6. A method for distributing accessible digital content, comprising: | *Upon information and belief, services like Pandora uses DRM for playback of the content.*<br><br>"We **consume movies and music through services like** Netflix, Spotify, **Pandora**, Apple Music, etc., **often over the web**. **Netflix, et al. are obligated, due to agreements with content partners, to serve their content with DRM.** Moreover, web streaming is likely a significant chunk of usage for Netflix. This makes **the problem of enforcing DRM over the web an incredibly important problem for Netflix, et al. to solve**.<br><br>That's where **EMEs come into play**. They are essentially **a technology that allows the browser to communicate with DRM systems over an encrypted medium.** They **make it possible for DRM software to work over the browser and relay encrypted content** to the user. This means **Netflix can serve you a movie that's encrypted and protected by DRM**."<br><br>*See* Exhibit 6, p. 2, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added). |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| 6. A method for distributing accessible digital content, comprising: | *Upon information and belief, like Felix, the DRM implemented in Pandora works similarly.*<br><br>"Say **Felix is a movie streaming service that serves up movies over the browser and uses EMEs to protect the content it delivers**. Suppose that user wants to play some encrypted content from Felix. Here's what happens:<br><br>**The browser will load up this content, realize it is encrypted and then trigger some Javascript code**.<br><br>This **Javascript will take the encrypted content and pass it along to something called the Content Decryption Module (CDM)**—more on this later.<br><br>**The CDM will then trigger a request that will be relayed by Felix to the license server**. This is a Felix-controlled server that determines whether or not a particular user is allowed to play a particular piece of content. **If the license server thinks our user can watch the content, it will send back a decryption key for the content to the CDM**.<br><br>**The CDM will then decrypt the content and it will begin playing for the user**."<br><br>The most important **chunk of this whole process is the CDM**. By its nature, the **CDM has to be a piece of code that's trusted by Felix**. If it isn't, Felix can't be sure that it will do what it wants it to. This means that the **CDM has to come with the browser**. There are a couple of different providers for CDMs, including **Google's Widevine** and Adobe Primetime. Both of these provide the **encryption support necessary for content providers such as Felix to enforce DRM**.<br><br>*See* Exhibit 6, p. 2 & 3, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added). |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---------|---------|
| 6. A method for distributing accessible digital content, comprising: | "The first thing to recognize is that downloaded files are the only mode of digital music delivery in which the music isn't encrypted.  **All on-demand music services** (Spotify, Rhapsody, Google Play Music, Beats Music, etc.) **encrypt streams as well as music tracks that users download for "offline listening."**  And all forms of digital radio — **Internet (Pandora)**, Satellite (SiriusXM), and digital TV (Music Choice) — **are encrypted**."<br><br>*See* Exhibit 4, p. 2, "The Myth of DRM-Free Music _ Copyright and Technology" webpage (Date Accessed 05/21/2018), available at https://copyrightandtechnology.com/2015/05/31/the-myth-of-drm-free-music/ (emphasis added).<br><br>"Although Adobe is just released its Flash Player 11 this week, another company**, Pandora Radio, has decided to work with HTML5 instead. The online music radio company updated its website, giving it a new user interface that uses HTML5**."<br><br>*See* Exhibit 5, p. 1, "New Pandora Radio Redesign Uses HTML5, Not Flash" webpage (Date Accessed 05/21/2018), available at https://www.htmlgoodies.com/daily_news/new-pandora-radio-redesign-uses-html5-not-flash.html (emphasis added). |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| 6. A method for distributing accessible digital content, comprising: | **"Encrypted Media Extensions provides an API that enables web applications to interact with content protection systems, to allow playback of encrypted audio and video**.<br><br>EME is designed to **enable the same app and encrypted files to be used in any browser, regardless of the underlying protection system**. The former is made possible by the standardized APIs and flow while the latter is made possible by the concept of Common Encryption<br><br>EME is an extension to the HTMLMediaElement specification — hence the name. Being an 'extension' means that browser support for EME is optional: if a browser does not support encrypted media, it will not be able to play encrypted media, but EME is not required for HTML spec compliance<br><br>"EME implementations use the following external components:<br><br>**Key System: A content protection (DRM) mechanism. EME doesn't define Key Systems themselves, apart from Clear Key (more about that below)**.<br><br>**Content Decryption Module (CDM): A client-side software or hardware mechanism that enables playback of encrypted media. As with Key Systems, EME doesn't define any CDMs, but provides an interface for applications to interact with CDMs that are available**.<br><br>**License (Key) server: Interacts with a CDM to provide keys to decrypt media. Negotiation with the license server is the responsibility of the application**.<br><br>*continued on next slide*. |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| 6. A method for distributing accessible digital content, comprising: | **Packaging service: Encodes and encrypts media for distribution/consumption**. Note that an application **using EME interacts with a license server to get keys to enable decryption**, but user identity and authentication are not part of EME. **Retrieval of keys to enable media playback happens after (optionally) authenticating a user. Services such as Netflix must authenticate users within their web application**: when a user signs into the application, the application determines the user's identity and privileges." <br><br> *See* Exhibit 8, p. 1, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added). <br><br><br> *Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| providing a digital content comprising digital data and file format information; | *Pandora provides digital content (online music streaming) through its web player, Apps, home devices etc. The music is available in MP3 or AAC+ format. Upon information and belief, Pandora makes available 64 Kbps – 128 Kbps Music bitrate for Pandora Free customers (file format information) and up to 192 Kbps for Pandora Plus and Premium customers.* |

"Pandora on **the Web plays 64k AAC+ for free listeners and 192kbps for Pandora Plus subscribers**. All **in-home devices play 128kbps audio, and mobile devices receive a variety of different rates depending on the capability of the device and the network** they are on, but never more than 64k AAC+."

*See* Exhibit 20, p. 2, "Pandora – Change Audio Quality" webpage (Date Accessed 05/27/2018), available at https://help.pandora.com/s/article/Change-your-Personal-Settings-1519949296224?language=en_US (emphasis added)

> We currently provide the Pandora service through two models and have announced an additional service model to be launched in 2017:
>
> • **Ad-Supported Service.** Our ad-supported service allows listeners to access our music and comedy catalogs and personalized playlist generating system for free across all of our delivery platforms. Beginning on September 15, 2016, our ad-supported service includes new features, such as the ability to obtain more skips and replay tracks by watching an advertisement.
>
> • **Subscription Service—Pandora Plus.** Our new subscription service, Pandora Plus, launched in the United States on September 15, 2016. Prior to the launch of Pandora Plus, we operated a subscription service called Pandora One. Pandora Plus and Pandora One are premium monthly or annual paid versions of the Pandora service, which include ad-free access, higher quality audio on supported devices and longer timeout-free listening. Pandora Plus includes additional features, such as replays, additional skipping and offline listening.
>
> • **Subscription Service—Pandora Premium.** In December 2016, we unveiled our new on-demand music subscription service, Pandora Premium, which will launch to users in 2017. Pandora Premium will be a paid version of the Pandora service that will offer a unique, on-demand experience, providing users with the ability to search, play and collect songs and albums, build playlists on their own or with the tap of a button and automatically generate playlists based on the user's listening activity.

*See* Exhibit 2, p. 2, "2017 Annual Report - Pandora" PDF (Date Accessed 04/27/2018), available at http://investor.pandora.com/Cache/1500101079.PDF?O=PDF&T=&Y=&D=&FID=1500101079&iid=4247784

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| providing a digital content comprising digital data and file format information; |  |

*See* Exhibit 1, p. 1, Pandora Web page (Date Accessed 05/23/2018), available at https://www.pandora.com/

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---------|---------|
| providing a digital content comprising digital data and file format information; | **Pandora's free stream is of comparable quality between devices (64kbps AAC+ vs 128kbps MP3), but if you upgrade to Pandora One, your computer is the best device to listen from.** From Pandora's help page:<br><br>Pandora on the Web plays 64k AAC+ for free listeners and 192kbps for Pandora One subscribers. All in-home devices play 128kbps audio, and mobile devices receive a variety of different rates depending on the capability of the device and the network they are on, but never more than 64k AAC+.<br><br>**None of these are as good as listening to the music on a CD, of course, but listening to a 192kbps MP3 instead of a 64kbps AAC+ file should produce a noticeable boost in sound quality (though your ears may differ**). Try it out for yourself and see—just make sure you've turned on high quality audio in Pandora's settings.<br><br>*See* Exhibit 21, p. 3, "Stream Pandora One from Your PC Instead of Your Phone for Quality" webpage (Date Accessed 05/08/2018), available at https://lifehacker.com/stream-pandora-one-from-your-computer-instead-of-your-p-1556122903 (emphasis added)<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| selecting a scrambling technique to apply to the digital content; | *Upon information and belief, Pandora uses HTML5 as a website design. The data is DRM protected and scrambled using a steganographic cipher (here **Encrypted Media Extensions (EME)**) before transmission from Party 1 to Party 2 so that it is not compromised or deciphered by an unauthorized user. Upon information and belief, the package's encrypted content will have a unique license identification information which can be only decrypted using a proper key.* |

"We **consume movies and music through services like** Netflix, Spotify, **Pandora**, Apple Music, etc., **often over the web**. **Netflix, et al. are obligated, due to agreements with content partners, to serve their content with DRM.** Moreover, web streaming is likely a significant chunk of usage for Netflix. This makes **the problem of enforcing DRM over the web an incredibly important problem for Netflix, et al. to solve**.

That's where **EMEs come into play**. They are essentially **a technology that allows the browser to communicate with DRM systems over an encrypted medium.** They **make it possible for DRM software to work over the browser and relay encrypted content** to the user. This means **Netflix can serve you a movie that's encrypted and protected by DRM**."

*See* Exhibit 6, p. 2, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added).

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| selecting a scrambling technique to apply to the digital content; | "Say **Felix is a movie streaming service that serves up movies over the browser and uses EMEs to protect the content it delivers**. Suppose that user wants to play some encrypted content from Felix. Here's what happens:<br><br>**The browser will load up this content, realize it is encrypted and then trigger some Javascript code**.<br><br>This **Javascript will take the encrypted content and pass it along to something called the Content Decryption Module (CDM)**—more on this later.<br><br>**The CDM will then trigger a request that will be relayed by Felix to the license server**. This is a Felix-controlled server that determines whether or not a particular user is allowed to play a particular piece of content. **If the license server thinks our user can watch the content, it will send back a decryption key for the content to the CDM**.<br><br>**The CDM will then decrypt the content and it will begin playing for the user**."<br><br>The most important **chunk of this whole process is the CDM**. By its nature, the **CDM has to be a piece of code that's trusted by Felix**. If it isn't, Felix can't be sure that it will do what it wants it to. This means that the **CDM has to come with the browser**. There are a couple of different providers for CDMs, including **Google's Widevine** and Adobe Primetime. Both of these provide the **encryption support necessary for content providers such as Felix to enforce DRM**.<br><br>*See* Exhibit 6, p. 2 & 3, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added). |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| selecting a scrambling technique to apply to the digital content; | **"Encrypted Media Extensions provides an API that enables web applications to interact with content protection systems, to allow playback of encrypted audio and video**. <br><br> EME is designed to **enable the same app and encrypted files to be used in any browser, regardless of the underlying protection system**. The former is made possible by the standardized APIs and flow while the latter is made possible by the concept of Common Encryption <br><br> EME is an extension to the HTMLMediaElement specification — hence the name. Being an 'extension' means that browser support for EME is optional: if a browser does not support encrypted media, it will not be able to play encrypted media, but EME is not required for HTML spec compliance <br><br> "EME implementations use the following external components: <br><br> **Key System: A content protection (DRM) mechanism. EME doesn't define Key Systems themselves, apart from Clear Key (more about that below)**. <br><br> **Content Decryption Module (CDM): A client-side software or hardware mechanism that enables playback of encrypted media. As with Key Systems, EME doesn't define any CDMs, but provides an interface for applications to interact with CDMs that are available**. <br><br> **License (Key) server: Interacts with a CDM to provide keys to decrypt media. Negotiation with the license server is the responsibility of the application**. <br><br> *continued on next slide*. |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| selecting a scrambling technique to apply to the digital content; | **Packaging service: Encodes and encrypts media for distribution/consumption**. Note that an application **using EME interacts with a license server to get keys to enable decryption**, but user identity and authentication are not part of EME. **Retrieval of keys to enable media playback happens after (optionally) authenticating a user. Services such as Netflix must authenticate users within their web application**: when a user signs into the application, the application determines the user's identity and privileges."<br><br>*See* Exhibit 8, p. 1, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added).<br><br>"Although Adobe is just released its Flash Player 11 this week, another company**, Pandora Radio, has decided to work with HTML5 instead. The online music radio company updated its website, giving it a new user interface that uses HTML5.**"<br><br>*See* Exhibit 5, p. 1, "New Pandora Radio Redesign Uses HTML5, Not Flash" webpage (Date Accessed 05/21/2018), available at https://www.htmlgoodies.com/daily_news/new-pandora-radio-redesign-uses-html5-not-flash.html (emphasis added). |

| CLAIM 6 | PANDORA |
|---|---|
| selecting a scrambling technique to apply to the digital content; | "How does EME Work?"<br><br>1. A web application attempts to play audio or video that has one or more encrypted streams.<br>2. The browser recognizes that the media is encrypted (see box below for how that happens) and fires an encrypted event with metadata (initData) obtained from the media about the encryption.<br>3. The application handles the encrypted event:<br>   a. If no MediaKeys object has been associated with the media element, first select an available Key System by using navigator.requestMediaKeySystemAccess() to check what Key Systems are available, then create a MediaKeys object for an available Key System via a MediaKeySystemAccess object. Note that initialization of the MediaKeys object should happen before the first encrypted event. Getting a license server URL is done by the app independently of selecting an available key system. A MediaKeys object represents all the keys available to decrypt the media for an audio or video element. It represents a CDM instance and provides access to the CDM, specifically for creating key sessions, which are used to obtain keys from a license server.<br>   b. Once the MediaKeys object has been created, assign it to the media element: setMediaKeys() associates the MediaKeys object with an HTMLMediaElement, so that its keys can be used during playback, i.e. during decoding.<br>4. The app creates a MediaKeySession by calling createSession() on the MediaKeys. This creates a MediaKeySession, which represents the lifetime of a license and its key(s).<br>5. The app generates a license request by passing the media data obtained in the encrypted handler to the CDM, by calling generateRequest() on the MediaKeySession.<br>6. The CDM fires a message event: a request to acquire a key from a license server.<br>7. The MediaKeySession object receives the message event and the application sends a message to the license server (via XHR, for example).<br>8. The application receives a response from the license server and passes the data to the CDM using the update() method of the MediaKeySession.<br>9. The CDM decrypts the media using the keys in the license. A valid key may be used, from any session within the MediaKeys associated with the media element. The CDM will access the key and policy, indexed by Key ID.<br><br>Media playback resumes.<br><br>How does the browser know that media is encrypted?<br><br>This information is in the metadata of the media container file, which will be in a format such as ISO BMFF or WebM. For ISO BMFF this means header metadata, called the protection scheme information box. WebM uses the Matroska ContentEncryption element, with some WebM-specific additions. Guidelines are provided for each container in an EME-specific registry.<br><br>Note that there may be multiple messages between the CDM and the license server, and all communication in this process is opaque to the browser and application: messages are only understood by the CDM and license server, although the app layer can see what type of message (https://w3c.github.io/encrypted-media/#idl-def-MediaKeyMessageType) the CDM is sending. The license request contains proof of the CDM's validity (and trust relationship) as well as a key to use when encrypting the content key(s) in the resulting license.<br><br>*See* Exhibit 8, p. 2, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added). |

BLUE SPIKE

| CLAIM 6 | PANDORA |
|---|---|
| selecting a scrambling technique to apply to the digital content; |  See Exhibit 7, p. 1, "What exactly is DRM and how does it work" webpage (Date Accessed 05/22/2018), available at https://bitmovin.com/what-is-drm/ |

BLUE SPIKE

| CLAIM 6 | PANDORA |
|---------|---------|
| selecting a scrambling technique to apply to the digital content; | "**DASH Clear Key Encryption**<br>**Clear Key encryption is an interface supported by EME**. This interface can be used to **deliver MPEG-DASH content with Clear Key**. The **interface provides the basic functionality that the user could provide a key that will be used for the decryption of the segments.** MPEG-DASH signals the key in the Media Presentation Duration (MPD), which is the manifest of MPEG-DASH. **All the relevant information that is needed for decryption is included in the MPD.**"<br><br>*See* Exhibit 7, p. 1, "What exactly is DRM and how does it work" webpage (Date Accessed 05/22/2018), available at https://bitmovin.com/what-is-drm/ (emphasis added).<br><br>"*tv.pandora.com.* **We have developed a standards-based HTML5 website called tv.pandora.com that allows users to stream music content on next generation TV, game consoles and set top box architectures** that **support open web standards. tv.pandora.com features streamlined navigation with controls and displays designed specifically for larger screens.**"<br><br>*See* Exhibit 2, p. 4, "2017 Annual Report - Pandora" PDF (Date Accessed 04/27/2018), available at http://investor.pandora.com/Cache/1500101079.PDF?O=PDF&T=&Y=&D=&FID=1500101079&iid=4247784<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| scrambling the digital content using a predetermined key resulting in perceptibly degraded digital content | *The data is scrambled (through **Encrypted Media Extensions (EME)**) before transmission from Party 1 to Party 2 so that it is not compromised or deciphered by an unauthorized user. The package's encrypted content will have a unique license identification information which can be only decrypted using a proper key. Without the key, the music is available at a perceptible degraded level (lower bitrate) than if accessed through Pandora Plus or Premium.*<br><br>"We **consume movies and music through services like** Netflix, Spotify, **Pandora**, Apple Music, etc., **often over the web**. **Netflix, et al. are obligated, due to agreements with content partners, to serve their content with DRM.** Moreover, web streaming is likely a significant chunk of usage for Netflix. This makes **the problem of enforcing DRM over the web an incredibly important problem for Netflix, et al. to solve**.<br><br>That's where **EMEs come into play**. They are essentially **a technology that allows the browser to communicate with DRM systems over an encrypted medium.** They **make it possible for DRM software to work over the browser and relay encrypted content** to the user. This means **Netflix can serve you a movie that's encrypted and protected by DRM**."<br><br>*See* Exhibit 6, p. 2, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added). |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| scrambling the digital content using a predetermined key resulting in perceptibly degraded digital content | "Say **Felix is a movie streaming service that serves up movies over the browser and uses EMEs to protect the content it delivers**. Suppose that user wants to play some encrypted content from Felix. Here's what happens:<br><br>**The browser will load up this content, realize it is encrypted and then trigger some Javascript code**.<br><br>This **Javascript will take the encrypted content and pass it along to something called the Content Decryption Module (CDM)**—more on this later.<br><br>**The CDM will then trigger a request that will be relayed by Felix to the license server**. This is a Felix-controlled server that determines whether or not a particular user is allowed to play a particular piece of content. **If the license server thinks our user can watch the content, it will send back a decryption key for the content to the CDM**.<br><br>**The CDM will then decrypt the content and it will begin playing for the user**."<br><br>The most important **chunk of this whole process is the CDM**. By its nature, the **CDM has to be a piece of code that's trusted by Felix**. If it isn't, Felix can't be sure that it will do what it wants it to. This means that the **CDM has to come with the browser**. There are a couple of different providers for CDMs, including **Google's Widevine** and Adobe Primetime. Both of these provide the **encryption support necessary for content providers such as Felix to enforce DRM**.<br><br>*See* Exhibit 6, p. 2 & 3, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added). |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| scrambling the digital content using a predetermined key resulting in perceptibly degraded digital content | **"Encrypted Media Extensions provides an API that enables web applications to interact with content protection systems, to allow playback of encrypted audio and video**.<br><br>EME is designed to **enable the same app and encrypted files to be used in any browser, regardless of the underlying protection system**. The former is made possible by the standardized APIs and flow while the latter is made possible by the concept of Common Encryption<br><br>EME is an extension to the HTMLMediaElement specification — hence the name. Being an 'extension' means that browser support for EME is optional: if a browser does not support encrypted media, it will not be able to play encrypted media, but EME is not required for HTML spec compliance<br><br>"EME implementations use the following external components:<br><br>**Key System: A content protection (DRM) mechanism. EME doesn't define Key Systems themselves, apart from Clear Key (more about that below)**.<br><br>**Content Decryption Module (CDM): A client-side software or hardware mechanism that enables playback of encrypted media. As with Key Systems, EME doesn't define any CDMs, but provides an interface for applications to interact with CDMs that are available**.<br><br>**License (Key) server: Interacts with a CDM to provide keys to decrypt media. Negotiation with the license server is the responsibility of the application**.<br><br>*continued on next slide*. |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| scrambling the digital content using a predetermined key resulting in perceptibly degraded digital content | **Packaging service: Encodes and encrypts media for distribution/consumption**. Note that an application **using EME interacts with a license server to get keys to enable decryption**, but user identity and authentication are not part of EME. **Retrieval of keys to enable media playback happens after (optionally) authenticating a user. Services such as Netflix must authenticate users within their web application**: when a user signs into the application, the application determines the user's identity and privileges**."<br><br>*See* Exhibit 8, p. 1, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added).<br><br>"Although Adobe is just released its Flash Player 11 this week, another company**, Pandora Radio, has decided to work with HTML5 instead. The online music radio company updated its website, giving it a new user interface that uses HTML5**."<br><br>*See* Exhibit 5, p. 1, "New Pandora Radio Redesign Uses HTML5, Not Flash" webpage (Date Accessed 05/21/2018), available at https://www.htmlgoodies.com/daily_news/new-pandora-radio-redesign-uses-html5-not-flash.html (emphasis added). |

| CLAIM 6 | PANDORA |
|---|---|
| scrambling the digital content using a predetermined key resulting in perceptibly degraded digital content | "How does EME Work?" |

"How does EME Work?"

1. A web application attempts to play audio or video that has one or more encrypted streams.
2. The browser recognizes that the media is encrypted (see below for how that happens) and fires an encrypted event with metadata (initData) obtained from the media about the encryption.
3. The application handles the encrypted event:
   a. If no MediaKeys object has been associated with the media element, first select an available Key System by using navigator.requestMediaKeySystemAccess() to check what Key Systems are available, then create a MediaKeys object for an available Key System via a MediaKeySystemAccess object. Note that initialization of the MediaKeys object should happen before the first encrypted event. Getting a license server URL is done by the app independently of selecting an available key system. A MediaKeys object represents all the keys available to decrypt the media for an audio or video element. It represents a CDM instance and provides access to the CDM, specifically for creating key sessions, which are used to obtain keys from a license server.
   b. Once the MediaKeys object has been created, assign it to the media element: setMediaKeys() associates the MediaKeys object with an HTMLMediaElement, so that its keys can be used during playback, i.e. during decoding.
4. The app creates a MediaKeySession by calling createSession() on the MediaKeys. This creates a MediaKeySession, which represents the lifetime of a license and its key(s).
5. The app generates a license request by passing the media data obtained in the encrypted handler to the CDM, by calling generateRequest() on the MediaKeySession.
6. CDM fires a message event: a request to acquire a key from a license server.
7. The MediaKeySession object receives the message event and the application sends a message to the license server (via XHR, for example).
8. The application receives a response from the license server and passes the data to the CDM using the update() method of the MediaKeySession.
9. The CDM decrypts the media using the keys in the license. A valid key may be used, from any session within the MediaKeys associated with the media element. The CDM will access the key and policy, indexed by Key ID.

Media playback resumes.

How does the browser know that media is encrypted?

This information is in the metadata of the media container file, which will be in a format such as ISO BMFF or WebM. For ISO BMFF this means header metadata, called the protection scheme information box. WebM uses the Matroska ContentEncryption element, with some WebM-specific additions. Guidelines are provided for each container in an EME-specific registry.

Note that there may be multiple messages between the CDM and license server, and all communication in this process is opaque to the browser and application: messages are only understood by the CDM and license server, although the app layer can see what type of message (https://w3c.github.io/encrypted-media/#idl-def-MediaKeyMessageType) the CDM is sending. The license request contains proof of the CDM's validity (and trust relationship) as well as a key to use when encrypting the content key(s) in the resulting license.

*See* Exhibit 8, p. 2, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added).

BLUE SPIKE

| CLAIM 6 | PANDORA |
|---|---|
| scrambling the digital content using a predetermined key resulting in perceptibly degraded digital content | "**Getting a key from a license server**<br><br>In typical commercial use, **content will be encrypted and encoded using a packaging service or tool**. **Once the encrypted media is made available online, a web client can obtain a key (contained within a license) from a license server and use the key to enable decryption and playback of the content**.<br><br>The following code (adapted from the spec examples) shows **how an application can select an appropriate key system and obtain a key from a license server**." |

```
var video = document.querySelector('video');

var config = [{initDataTypes: ['webm'],
  videoCapabilities: [{contentType: 'video/webm; codecs="vp09.00.10.08"'}]}];

if (!video.mediaKeys) {
  navigator.requestMediaKeySystemAccess('org.w3.clearkey',
    config).then(
    function(keySystemAccess) {
      var promise = keySystemAccess.createMediaKeys();
      promise.catch(
        console.error.bind(console, 'Unable to create MediaKeys')
      );
      promise.then(
        function(createdMediaKeys) {
          return video.setMediaKeys(createdMediaKeys);
        }
      ).catch(
        console.error.bind(console, 'Unable to set MediaKeys')
      );
      promise.then(
        function(createdMediaKeys) {
          var initData = new Uint8Array([...]);
          var keySession = createdMediaKeys.createSession();
          keySession.addEventListener('message', handleMessage,
            false);
          return keySession.generateRequest('webm', initData);
        }
      ).catch(
        console.error.bind(console,
          'Unable to create or initialize key session')
      );
    }
  );
}

function handleMessage(event) {
  var keySession = event.target;
  var license = new Uint8Array([...]);
  keySession.update(license).catch(
    console.error.bind(console, 'update() failed')
  );
}
```

*See* Exhibit 8, p. 3, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added).

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| scrambling the digital content using a predetermined key resulting in perceptibly degraded digital content | *Pandora provides digital content (online music streaming) through its web player, Apps, home devices etc. The music is available in MP3 or AAC+ format. Upon information and belief, Pandora makes available 64 Kbps – 128 Kbps Music bitrate for Pandora Free customers (file format information) and up to 192 Kbps for Pandora Plus and Premium customers.*<br><br>"Pandora on **the Web plays 64k AAC+ for free listeners and 192kbps for Pandora Plus subscribers**. All **in-home devices play 128kbps audio, and mobile devices receive a variety of different rates depending on the capability of the device and the network** they are on, but never more than 64k AAC+."<br><br>*See* Exhibit 20, p. 2, "Pandora – Change Audio Quality" webpage (Date Accessed 05/27/2018), available at https://help.pandora.com/s/article/Change-your-Personal-Settings-1519949296224?language=en_US (emphasis added) |

We currently provide the Pandora service through two models and have announced an additional service model to be launched in 2017:

- *Ad-Supported Service.* Our ad-supported service allows listeners to access our music and comedy catalogs and personalized playlist generating system for free across all of our delivery platforms. Beginning on September 15, 2016, our ad-supported service includes new features, such as the ability to obtain more skips and replay tracks by watching an advertisement.

- *Subscription Service—Pandora Plus.* Our new subscription service, Pandora Plus, launched in the United States on September 15, 2016. Prior to the launch of Pandora Plus, we operated a subscription service called Pandora One. Pandora Plus and Pandora One are premium monthly or annual paid versions of the Pandora service, which include ad-free access, higher quality audio on supported devices and longer timeout-free listening. Pandora Plus includes additional features, such as replays, additional skipping and offline listening.

- *Subscription Service—Pandora Premium.* In December 2016, we unveiled our new on-demand music subscription service, Pandora Premium, which will launch to users in 2017. Pandora Premium will be a paid version of the Pandora service that will offer a unique, on-demand experience, providing users with the ability to search, play and collect songs and albums, build playlists on their own or with the tap of a button and automatically generate playlists based on the user's listening activity.

*See* Exhibit 2, p. 2, "2017 Annual Report - Pandora" PDF (Date Accessed 04/27/2018), available at http://investor.pandora.com/Cache/1500101079.PDF?O=PDF&T=&Y=&D=&FID=1500101079&iid=4247784

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| scrambling the digital content using a predetermined key resulting in perceptibly degraded digital content | "**DASH Clear Key Encryption**<br>**Clear Key encryption is an interface supported by EME**. This interface can be used to **deliver MPEG-DASH content with Clear Key**. The **interface provides the basic functionality that the user could provide a key that will be used for the decryption of the segments.** MPEG-DASH signals the key in the Media Presentation Duration (MPD), which is the manifest of MPEG-DASH. **All the relevant information that is needed for decryption is included in the MPD**."<br><br>*See* Exhibit 7, p. 1, "What exactly is DRM and how does it work" webpage (Date Accessed 05/22/2018), available at https://bitmovin.com/what-is-drm/ (emphasis added).<br><br>"*tv.pandora.com*. **We have developed a standards-based HTML5 website called tv.pandora.com that allows users to stream music content on next generation TV, game consoles and set top box architectures** that **support open web standards. tv.pandora.com features streamlined navigation with controls and displays designed specifically for larger screens**."<br><br>*See* Exhibit 2, p. 4, "2017 Annual Report - Pandora" PDF (Date Accessed 04/27/2018), available at http://investor.pandora.com/Cache/1500101079.PDF?O=PDF&T=&Y=&D=&FID=1500101079&iid=4247784<br><br>*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| wherein the scrambling technique is based on a plurality of predetermined criteria including at least the criteria of reaching a desired signal quality level for the digital content; and | *Upon information and belief, Pandora scrambles the data according to the requested user's status i.e. if the user is a free customer under "Pandora Free", the digital content signal quality is predetermined from 64 Kbps bitrate to 128 Kbps bitrate. Likewise, for a "Pandora Premium" user, the content is available at a higher quality level.*<br><br>"Pandora on **the Web plays 64k AAC+ for free listeners and 192kbps for Pandora Plus subscribers**. All **in-home devices play 128kbps audio, and mobile devices receive a variety of different rates depending on the capability of the device and the network** they are on, but never more than 64k AAC+."<br><br>*See* Exhibit 20, p. 2, "Pandora – Change Audio Quality" webpage (Date Accessed 05/27/2018), available at https://help.pandora.com/s/article/Change-your-Personal-Settings-1519949296224?language=en_US (emphasis added)<br><br><br><br>*See* Exhibit 2, p. 2, "2017 Annual Report - Pandora" PDF (Date Accessed 04/27/2018), available at http://investor.pandora.com/Cache/1500101079.PDF?O=PDF&T=&Y=&D=&FID=1500101079&iid=4247784 |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| wherein the scrambling technique is based on a plurality of predetermined criteria including at least the criteria of reaching a desired signal quality level for the digital content; and |  |

*See* Exhibit 1, p. 1, Pandora Web page (Date Accessed 05/23/2018), available at https://www.pandora.com/



| CLAIM 6 | PANDORA |
|---|---|
| wherein the scrambling technique is based on a plurality of predetermined criteria including at least the criteria of reaching a desired signal quality level for the digital content; and | "Say **Felix is a movie streaming service that serves up movies over the browser and uses EMEs to protect the content it delivers**. Suppose that user wants to play some encrypted content from Felix. Here's what happens: <br><br> **The browser will load up this content, realize it is encrypted and then trigger some Javascript code**. <br><br> This **Javascript will take the encrypted content and pass it along to something called the Content Decryption Module (CDM)**—more on this later. <br><br> **The CDM will then trigger a request that will be relayed by Felix to the license server**. This is a Felix-controlled server that determines whether or not a particular user is allowed to play a particular piece of content. **If the license server thinks our user can watch the content, it will send back a decryption key for the content to the CDM**. <br><br> **The CDM will then decrypt the content and it will begin playing for the user**." <br><br> The most important **chunk of this whole process is the CDM**. By its nature, the **CDM has to be a piece of code that's trusted by Felix**. If it isn't, Felix can't be sure that it will do what it wants it to. This means that the **CDM has to come with the browser**. There are a couple of different providers for CDMs, including **Google's Widevine** and Adobe Primetime. Both of these provide the **encryption support necessary for content providers such as Felix to enforce DRM**. <br><br> *See* Exhibit 6, p. 2 & 3, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added) |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| wherein the scrambling technique is based on a plurality of predetermined criteria including at least the criteria of reaching a desired signal quality level for the digital content; and | **"Encrypted Media Extensions provides an API that enables web applications to interact with content protection systems, to allow playback of encrypted audio and video**.<br><br>EME is designed to **enable the same app and encrypted files to be used in any browser, regardless of the underlying protection system**. The former is made possible by the standardized APIs and flow while the latter is made possible by the concept of Common Encryption<br><br>EME is an extension to the HTMLMediaElement specification — hence the name. Being an 'extension' means that browser support for EME is optional: if a browser does not support encrypted media, it will not be able to play encrypted media, but EME is not required for HTML spec compliance<br><br>"EME implementations use the following external components:<br><br>**Key System: A content protection (DRM) mechanism. EME doesn't define Key Systems themselves, apart from Clear Key (more about that below)**.<br><br>**Content Decryption Module (CDM): A client-side software or hardware mechanism that enables playback of encrypted media. As with Key Systems, EME doesn't define any CDMs, but provides an interface for applications to interact with CDMs that are available**.<br><br>**License (Key) server: Interacts with a CDM to provide keys to decrypt media. Negotiation with the license server is the responsibility of the application**.<br><br>*continued on next slide*. |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| wherein the scrambling technique is based on a plurality of predetermined criteria including at least the criteria of reaching a desired signal quality level for the digital content; and | **Packaging service: Encodes and encrypts media for distribution/consumption**. Note that an application **using EME interacts with a license server to get keys to enable decryption**, but user identity and authentication are not part of EME. **Retrieval of keys to enable media playback happens after (optionally) authenticating a user. Services such as Netflix must authenticate users within their web application**: when a user signs into the application, the application determines the user's identity and privileges."

*See* Exhibit 8, p. 1, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added).

"Although Adobe is just released its Flash Player 11 this week, another company**, Pandora Radio, has decided to work with HTML5 instead. The online music radio company updated its website, giving it a new user interface that uses HTML5**."

*See* Exhibit 5, p. 1, "New Pandora Radio Redesign Uses HTML5, Not Flash" webpage (Date Accessed 05/21/2018), available at https://www.htmlgoodies.com/daily_news/new-pandora-radio-redesign-uses-html5-not-flash.html (emphasis added).

*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.* |

| CLAIM 6 | PANDORA |
|---|---|
| distributing the scrambled digital content. | *Pandora Application (Android, iOS, Windows) distributes the scrambled content (encrypted Music stream) which can be played only through the application.*  *See* Exhibit 17, p. 1, "Pandora Music on the App Store" webpage (Date Accessed 05/23/2018), available at https://itunes.apple.com/us/app/pandora-music/id284035177?mt=8 |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| distributing the scrambled digital content. | Pandora is the world's most powerful music discovery platform, **offering a personalized experience for each of our listeners wherever and whenever they want to listen to music**—whether through earbuds, car speakers or live on stage. Our vision is to be the definitive source of music discovery and enjoyment for billions. **Pandora is available as an ad-supported service or as a subscription service, which we call Pandora Plus.** The majority of our listener hours occur on mobile devices, with the majority of our revenue generated from advertising on our ad-supported service on these devices. We offer both local and national advertisers the opportunity to deliver targeted messages to our listeners using a combination of audio, display and video advertisements. **We also generate revenue from subscriptions to Pandora Plus.** Founded by musicians, Pandora also empowers artists with valuable data and tools to help grow their careers and connect with their fans. |



We currently provide the Pandora service through two models and have announced an additional service model to be launched in 2017:

- *Ad-Supported Service.* Our ad-supported service allows listeners to access our music and comedy catalogs and personalized playlist generating system for free across all of our delivery platforms. Beginning on September 15, 2016, our ad-supported service includes new features, such as the ability to obtain more skips and replay tracks by watching an advertisement.

- *Subscription Service—Pandora Plus.* Our new subscription service, Pandora Plus, launched in the United States on September 15, 2016. Prior to the launch of Pandora Plus, we operated a subscription service called Pandora One. Pandora Plus and Pandora One are premium monthly or annual paid versions of the Pandora service, which include ad-free access, higher quality audio on supported devices and longer timeout-free listening. Pandora Plus includes additional features, such as replays, additional skipping and offline listening.

- *Subscription Service—Pandora Premium.* In December 2016, we unveiled our new on-demand music subscription service, Pandora Premium, which will launch to users in 2017. Pandora Premium will be a paid version of the Pandora service that will offer a unique, on-demand experience, providing users with the ability to search, play and collect songs and albums, build playlists on their own or with the tap of a button and automatically generate playlists based on the user's listening activity.

*See* Exhibit 2, p. 2, "2017 Annual Report - Pandora" PDF (Date Accessed 04/27/2018), available at http://investor.pandora.com/Cache/1500101079.PDF?O=PDF&T=&Y=&D=&FID=1500101079&iid=4247784

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| distributing the scrambled digital content. | "**Pandora will download up to three of your most-listened-to stations and add them to your Offline Station list. By default, these stations will be downloaded while your device is connected to wifi, and we will never use the last 500 mb of storage on your device**.<br><br>When you lose your connection, **Pandora will alert you with a notification to let you know that you're being switched to one of your offline stations**.<br><br>When **you have a signal again, you can continue listening to the offline station you were transferred to or switch back to your regular station list**.<br><br>**Keep in mind that when you are currently in Offline Listening mode, the list of features you have access to will be limited. Specifically, your station list will show only the stations that have been downloaded for Offline Listening**, and you will not have access to your full list of Stations,Settings, Feed, or Profile."<br><br>*See* Exhibit 18, p. 2, "Pandora Offline Listening Help" webpage (Date Accessed 05/29/2018), available at https://help.pandora.com/s/article/Offline-Listening-for-Pandora-Plus-1519949300340?language=en_US (emphasis added) |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| distributing the scrambled digital content. | "Say **Felix is a movie streaming service that serves up movies over the browser and uses EMEs to protect the content it delivers**. Suppose that user wants to play some encrypted content from Felix. Here's what happens:<br><br>**The browser will load up this content, realize it is encrypted and then trigger some Javascript code**.<br><br>This **Javascript will take the encrypted content and pass it along to something called the Content Decryption Module (CDM)**—more on this later.<br><br>**The CDM will then trigger a request that will be relayed by Felix to the license server**. This is a Felix-controlled server that determines whether or not a particular user is allowed to play a particular piece of content. **If the license server thinks our user can watch the content, it will send back a decryption key for the content to the CDM**.<br><br>**The CDM will then decrypt the content and it will begin playing for the user**."<br><br>The most important **chunk of this whole process is the CDM**. By its nature, the **CDM has to be a piece of code that's trusted by Felix**. If it isn't, Felix can't be sure that it will do what it wants it to. This means that the **CDM has to come with the browser**. There are a couple of different providers for CDMs, including **Google's Widevine** and Adobe Primetime. Both of these provide the **encryption support necessary for content providers such as Felix to enforce DRM**.<br><br>*See* Exhibit 6, p. 2 & 3, "The most controversial HTML5 extension – LogRocket" blog post (Date Accessed 05/01/2018), available at https://blog.logrocket.com/the-most-controversial-html5-extension-7adc66bbc291 (emphasis added) |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| distributing the scrambled digital content. | **"Encrypted Media Extensions provides an API that enables web applications to interact with content protection systems, to allow playback of encrypted audio and video.** <br><br> EME is designed to **enable the same app and encrypted files to be used in any browser, regardless of the underlying protection system**. The former is made possible by the standardized APIs and flow while the latter is made possible by the concept of Common Encryption <br><br> EME is an extension to the HTMLMediaElement specification — hence the name. Being an 'extension' means that browser support for EME is optional: if a browser does not support encrypted media, it will not be able to play encrypted media, but EME is not required for HTML spec compliance <br><br> "EME implementations use the following external components: <br><br> **Key System: A content protection (DRM) mechanism. EME doesn't define Key Systems themselves, apart from Clear Key (more about that below)**. <br><br> **Content Decryption Module (CDM): A client-side software or hardware mechanism that enables playback of encrypted media. As with Key Systems, EME doesn't define any CDMs, but provides an interface for applications to interact with CDMs that are available**. <br><br> **License (Key) server: Interacts with a CDM to provide keys to decrypt media. Negotiation with the license server is the responsibility of the application**. <br><br> *continued on next slide.* |

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| distributing the scrambled digital content. | **Packaging service: Encodes and encrypts media for distribution/consumption**. Note that an application **using EME interacts with a license server to get keys to enable decryption**, but user identity and authentication are not part of EME. **Retrieval of keys to enable media playback happens after (optionally) authenticating a user. Services such as Netflix must authenticate users within their web application**: when a user signs into the application, the application determines the user's identity and privileges." |

*See* Exhibit 8, p. 1, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added)

"Although Adobe is just released its Flash Player 11 this week, another company**, Pandora Radio, has decided to work with HTML5 instead. The online music radio company updated its website, giving it a new user interface that uses HTML5**."

*See* Exhibit 5, p. 1, "New Pandora Radio Redesign Uses HTML5, Not Flash" webpage (Date Accessed 05/21/2018), available at https://www.htmlgoodies.com/daily_news/new-pandora-radio-redesign-uses-html5-not-flash.html (emphasis added).

BLUE SPIKE

| CLAIM 6 | PANDORA |
|---|---|
| distributing the scrambled digital content. | *Upon information and belief, Pandora works similarly utilizing the CDM module as explained here.*<br><br>"**Getting a key from a license server**<br><br>In typical commercial use, **content will be encrypted and encoded using a packaging service or tool. Once the encrypted media is made available online, a web client can obtain a key (contained within a license) from a license server and use the key to enable decryption and playback of the content**.<br><br>The following code (adapted from the spec examples) shows **how an application can select an appropriate key system and obtain a key from a license server**."<br><br>*See* Exhibit 8, p. 3, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added) |

```
var video = document.querySelector('video');

var config = [{initDataTypes: ['webm'],
  videoCapabilities: [{contentType: 'video/webm; codecs="vp09.00.10.08"'}]}];

if (!video.mediaKeys) {
  navigator.requestMediaKeySystemAccess('org.w3.clearkey',
    config).then(
    function(keySystemAccess) {
      var promise = keySystemAccess.createMediaKeys();
      promise.catch(
        console.error.bind(console, 'Unable to create MediaKeys')
      );
      promise.then(
        function(createdMediaKeys) {
          return video.setMediaKeys(createdMediaKeys);
        }
      ).catch(
        console.error.bind(console, 'Unable to set MediaKeys')
      );
      promise.then(
        function(createdMediaKeys) {
          var initData = new Uint8Array([...]);
          var keySession = createdMediaKeys.createSession();
          keySession.addEventListener('message', handleMessage,
            false);
          return keySession.generateRequest('webm', initData);
        }
      ).catch(
        console.error.bind(console,
          'Unable to create or initialize key session')
      );
    }
  );
}

function handleMessage(event) {
  var keySession = event.target;
  var license = new Uint8Array([...]);
  keySession.update(license).catch(
    console.error.bind(console, 'update() failed')
  );
}
```

**BLUE SPIKE**

| CLAIM 6 | PANDORA |
|---|---|
| distributing the scrambled digital content. | "How does EME Work?" |

1. A web application attempts to play audio or video that has one or more encrypted streams.

2. The browser recognizes that the media is encrypted (see box below for how that happens) and fires an encrypted event with metadata (initData) obtained from the media about the encryption.

3. The application handles the encrypted event:

   a. If no MediaKeys object has been associated with the media element, first select an available Key System by using navigator.requestMediaKeySystemAccess() to check what Key Systems are available, then create a MediaKeys object for an available Key System via a MediaKeySystemAccess object. Note that initialization of the MediaKeys object should happen before the first encrypted event. Getting a license server URL is done by the app independently of selecting an available key system. A MediaKeys object represents all the keys available to decrypt the media for an audio or video element. It represents a CDM instance and provides access to the CDM, specifically for creating key sessions, which are used to obtain keys from a license server.

   b. Once the MediaKeys object has been created, assign it to the media element: setMediaKeys() associates the MediaKeys object with an HTMLMediaElement, so that its keys can be used during playback, i.e. during decoding.

4. The app creates a MediaKeySession by calling createSession() on the MediaKeys. This creates a MediaKeySession, which represents the lifetime of a license and its key(s).

5. The app generates a license request by passing the media data obtained in the encrypted handler to the CDM, by calling generateRequest() on the MediaKeySession.

6. The CDM fires a message event: a request to acquire a key from a license server.

7. The MediaKeySession object receives the message event and the application sends a message to the license server (via XHR, for example).

8. The application receives a response from the license server and passes the data to the CDM using the update() method of the MediaKeySession.

9. The CDM decrypts the media using the keys in the license. A valid key may be used, from any session within the MediaKeys associated with the media element. The CDM will access the key and policy, indexed by Key ID.

Media playback resumes.

How does the browser know that media is encrypted?

This information is in the metadata of the media container file, which will be in a format such as ISO BMFF or WebM. For ISO BMFF this means header metadata, called the protection scheme information box. WebM uses the Matroska ContentEncryption element, with some WebM-specific additions. Guidelines are provided for each container in an EME-specific registry.

Note that there may be multiple messages between the CDM and the license server, and all communication in this process is opaque to the browser and application: messages are only understood by the CDM and license server, although the app layer can see what type of message (https://w3c.github.io/encrypted-media/#idl-def-MediaKeyMessageType) the CDM is sending. The license request contains proof of the CDM's validity (and trust relationship) as well as a key to use when encrypting the content key(s) in the resulting license.

*See* Exhibit 8, p. 2, "What is EME_ _ Web Fundamentals _ Google Developers" forum page (Date Accessed 05/02/2018), available at https://developers.google.com/web/fundamentals/media/eme (emphasis added)

*Thus, this claim element is infringed literally, or in the alternative under the doctrine of equivalents.*

BLUE SPIKE